IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TRAVYS DAVY,<br><br>    Plaintiff,<br>v.<br><br>DAYRISE RESIDENTIAL, LLC;<br>IC CITYMARK EVERGREEN<br>TERRACE, LLC; JOHN or JANE<br>DOE I PROPERTY MANAGER,<br><br>    Defendant. | Civil Action File No: 22-cv-00216-JPB |

## DEFENDANT IC CITYMARK EVERGREEN TERRACE, LLC, LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COMES NOW IC Citymark Evergreen Terrace, LLC ("this Defendant"), Defendant in the above-styled action, and pursuant to Fed. R. Civ. P. 7.1 and L.R. 3.3, hereby files its Certificate of Interested Persons and Corporate Disclosure Statement as follows:

1.

The undersigned counsel of record for this Defendant certifies that the following is a full and complete list of all parties to this action, including any

parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**Plaintiff**:     Travys Davy

**Defendants**:   Dayrise Residential, LLC and IC Citymark Evergreeen Terrace, LLC

**Other**:        None

IC Citymark Evergreeen Terrace, LLC is not a publicly-owned company.

Defendant IC Citymark Evergreeen Terrace, LLC is also not a wholly-owned subsidiary of a publicly-owned company.

Defendant is without information sufficient to form a belief as to what, if any, entities may have ownership interests with regard to any other Plaintiffs or Defendants in this matter.

2.

The undersigned further certify that, upon information and belief, the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case.

Defendant identifies counsel for Plaintiff:

James P. Myers, Esq.
Charles L. Clay, Jr., Esq.
Pratt Clay, LLC
4401 Northside Parkway, Suite 390
Atlanta, Georgia 30327

3.

The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**For Plaintiff:**    James P. Myers, Esq.
Charles L. Clay, Jr., Esq.
Pratt Clay, LLC
4401 Northside Parkway, Suite 390
Atlanta, Georgia 30327

**For Defendants**:   Barbara A. Marschalk, Esq.
Drew, Eckl & Farnham, LLP
303 Peachtree St., NE, Suite 3500
Atlanta, Georgia 30308

Respectfully submitted this 26th day of January, 2022.

**DREW ECKL & FARNHAM, LLP**

*s/ Barbara A. Marschalk*
Barbara A. Marschalk
***State Bar of Georgia No. 324498***

303 Peachtree St. NE, Suite 3500
Atlanta, Georgia 30308
Telephone: (404) 885-1400
Facsimile: (404) 876-0992
E-mail: marschalkb@deflaw.com
***Attorneys for Defendants***

## CERTIFICATE OF FONT COMPLIANCE

Counsel for Defendants hereby certifies that the forgoing has been prepared with one of the font and point selections approved by the Court in LR 5.1(B): Times New Roman (14 point).

This 26th day of January, 2022.

**DREW ECKL & FARNHAM, LLP**

*s/ Barbara A. Marschalk*
Barbara A. Marschalk
***Georgia Bar No. 324498***

303 Peachtree St. NE, Suite 3500
Atlanta, Georgia 30308
Telephone: (404) 885-1400
Facsimile: (404) 876-0992
E-mail: marschalkb@deflaw.com
***Attorneys for Defendants***

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TRAVYS DAVY,<br><br>    Plaintiff,<br>v.<br><br>DAYRISE RESIDENTIAL, LLC;<br>IC CITYMARK EVERGREEN<br>TERRACE, LLC; JOHN or JANE<br>DOE I PROPERTY MANAGER,<br><br>    Defendant. | Civil Action File No: 22-cv-00216-JPB |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am counsel for Defendants and that I have this day served the foregoing *DEFENDANT IC CITYMARK EVERGREEN TERRACE, LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT* upon all parties to this matter by filing with the Court's CM/ECF system, which will automatically e-mail notification of same to the following counsel of record:

> James P. Myers, Esq.
> Charles L. Clay, Jr., Esq.
> Pratt Clay, LLC
> 4401 Northside Parkway, Suite 390
> Atlanta, Georgia 30327

This 26th day of January, 2022.

- 2 -

                                                         *s/ Barbara A. Marschalk*
                                                       Barbara A. Marschalk
                                                       **Georgia Bar No.  324498**

303 Peachtree St. NE, Suite 3500
Atlanta, Georgia 30308
Telephone: (404) 885-1400
Facsimile: (404) 876-0992
E-mail: marschalkb@deflaw.com
***Attorneys for Defendants***