**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

TRAVYS DAVY,

     Plaintiff,

v.

DAYRISE RESIDENTIAL, LLC;
IC CITYMARK EVERGREEN
TERRACE, LLC; JOHN or JANE
DOE I PROPERTY MANAGER,

     Defendant.

Civil Action File No: 22-cv-00216-JPB

## DEFENDANT IC CITYMARK EVERGREEN TERRACE, LLC'S INITIAL DISCLOSURES

COMES NOW IC Citymark Evergreen Terrace, LLC, ("Defendant"), and pursuant to Fed. R. Civ. P. 26(a)(1) and L.R. 26.1 files the following Initial Disclosures:

1.

If the defendant is improperly identified, state defendant's correct identification and state whether defendant will accept service of an amended summons and complaint reflecting the information furnished in this disclosure response.

**RESPONSE:**

**This Defendant has been properly identified.**

2.

Provide the names of any parties whom defendant contends are necessary parties to this action, but who have not been named by plaintiff. If defendant contends that there is a question of misjoinder of parties, provide the reasons for defendant's contention.

**RESPONSE:**

**Discovery is just beginning in this case, but Defendant is currently unaware of any necessary parties, aside from the unidentified criminal assailant(s), who have not been named by plaintiff.**

3.

Provide a detailed factual basis for the defense or defenses and any counterclaims or cross-claims asserted by defendant in the responsive pleading.

**RESPONSE:**

**Discovery is just beginning, but this Defendant believes that Plaintiff had an equal knowledge of any foreseeable crime that was taking place on the property. This Defendant disputes any breach of duty and proximate cause. Pending further investigation and discovery, Defendant raises defenses based**

**on Plaintiff's own negligence or lack of due care. Pending further investigation and discovery, Defendant also disputes the extent of the alleged damages in this tort case.**

**To the extent Plaintiff's Complaint alleges attorneys' fees and costs, Defendant responds that it did not act in bad faith toward the Plaintiff in the underlying incident, has not been stubbornly litigious, a bona fide controversy exists, and on the grounds that this matter presents a justiciable issue of law or fact.**

4.

Describe in detail all statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law which defendant contends are applicable to this action.

**RESPONSE:**

**O.C.G.A. § 51-3-1 regarding the duty of a premises owner or operator; O.C.G.A. § 51-11-7 regarding contributory negligence of a Plaintiff and the avoidance doctrine; O.C.G.A. § 51-12-11 regarding the duty of a Plaintiff to mitigate damages; *Jones v. Murphy*, 306 Ga. App. 539, 703 S.E.2d 26 (2010)(duty to exercise care for one's own safety); *Barnes v. St. Stephen's Missionary Baptist Church*, 260 Ga. App. 765, 580 S.E.2d 587 (2003)(no duty to**

control the conduct of third persons to prevent them from causing physical harm to others); *Starbridge Partners, Ltd. v. Walker*, 267 Ga. 785, 482 S.E.2d 339 (1997)(proprietor's duty to exercise ordinary care to protect invitees against third-party criminal acts extends only to foreseeable criminal acts); *Dolphin Realty v. Headley*, 271 Ga. App. 479, 610 S.E.2d 99 (2005)(duty to guard against crime generally arises when, due to prior experience with substantially similar types of crime, the landlord has reason to anticipate criminal acts); Georgia statutory and case law regarding premises liability, including *Pappas v. Welch*, 867 S.E.2d 155, 2021WL 5898809 (2021) and *Stadterman v. Southwood Realty Co.*, 361 Ga.App. 613, 865 S.E.2d 231 (2021); O.C.G.A. § 51-12-33 regarding comparative negligence and apportionment of damages;  and O.C.G.A. and §§ 9-15-14 and 13-6-11 regarding attorneys' fees and expenses of litigation.

5.

Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the subjects of the information.

- 4 -

**RESPONSE:**

    **Please see Attachment A.**

6.

Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. For all experts described in Fed. R. Civ. P. 26(a)(2)(B), provide a separate written report satisfying the provisions of that rule.

**RESPONSE:**

    **This Defendant has not determined whether it will call an expert witness(es) at the trial of this case. This response will be supplemented as such time as a decision is made.**

7.

Provide a copy of, or description by category and location of, all documents, data compilations or other electronically stored information, and tangible things in your possession, custody, or control that you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of the information.

**RESPONSE:**

    **Please see Attachment C.**

8.

In the space provided below, provide a computation of any category of damages claimed by you. In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material, not privileged or protected from disclosure on which such computation is based, including materials bearing on the nature and extent of injuries suffered, making such documents or evidentiary material available for inspection and copying under Fed. R. Civ. P. 34.

**RESPONSE:**

**Not applicable.**

9.

If defendant contends that some other person or legal entity is, in whole or in part, liable to the plaintiff or defendant in this matter, state the full name, address, and telephone number of such person or entity and describe in detail the basis of such liability.

**RESPONSE:**

**Discovery is just beginning in this case, but this Defendant is currently unaware of any other party that may be liable to plaintiff, aside from the unidentified criminal assailant(s). This Defendant denies that it is liable to Plaintiff.**

10.

Attach for inspection and copying as under Fed. R. Civ. P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments to satisfy the judgment.

**RESPONSE:**

**This Defendant has attached a copy of its first layer of insurance coverage, with irrelevant premium information redacted, to these Initial Disclosures as Attachment E. This Defendant's counsel has not inquired about whether there is additional insurance coverage. Please notify defense counsel if that additional inquiry is requested.**

This 25th day of February, 2022.

DREW ECKL & FARNHAM, LLP

*s/ Barbara A. Marschalk*
Barbara A. Marschalk
***Georgia Bar No. 324498***

Drew, Eckl & Farnham, LLP
303 Peachtree Street NE, Suite 3500
Atlanta, Georgia 30308
Telephone: 404-885-1400
Facsimile: 404-876-0992
E-mail: marschalkb@deflaw.com
***Counsel for Defendants***

## <u>CERTIFICATE OF FONT COMPLIANCE</u>

Counsel for Defendant hereby certifies that the forgoing has been prepared with one of the font and point selections approved by the Court in LR 5.1(B): Times New Roman (14 point).

This 25th day of February, 2022.

<u>s/ Barbara A. Marschalk</u>
Barbara A. Marschalk
***Georgia Bar No. 324498***

DREW ECKL & FARNHAM, LLP
303 Peachtree Street NE, Suite 3500
Atlanta, Georgia 30308
Telephone: 404-885-1400
Facsimile: 404-876-0992
E-mail: marshchalkb@deflaw.com
***Counsel for Defendants***

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

TRAVYS DAVY,

     Plaintiff,

v.

                         Civil Action File No: 22-cv-00216-JPB

DAYRISE RESIDENTIAL, LLC;
IC CITYMARK EVERGREEN
TERRACE, LLC; JOHN or JANE
DOE I PROPERTY MANAGER,

     Defendant.

## <u>CERTIFICATE OF SERVICE</u>

     I HEREBY CERTIFY that I am counsel for Defendant IC Citymark Evergreen Terrace, LLC and that I have this day served the foregoing *Defendant IC Citymark Evergreen Terrace, LLC's Initial Disclosures* upon all parties to this matter by filing with the Court's CM/ECF system, which will automatically e-mail notification of same to the following counsel of record:

                James P. Myers
                Charles L. Clay, Jr.
                Pratt Clay, LLC
                4401 Northside Parkway, Suite 390
                Atlanta, Georgia 30327

This 25th day of February, 2022.

                                        *s/ Barbara A. Marschalk*
                                        Barbara A. Marschalk
                                        **Georgia Bar No. 324498**

303 Peachtree St. NE, Suite 3500
Atlanta, Georgia 30308
Telephone: (404) 885-1400
Facsimile: (404) 876-0992
E-mail: marschalkb@deflaw.com
**Counsel for Defendants**

## ATTACHMENT A

Discovery is just beginning, and Defendant reserves the right to supplement this response.

1.      Plaintiff Travys Davy – witness to accident/damages;

2.      Responding and investigating officers from the South Fulton Police Department including Ofc. E. Allen, Inv. J. King, Ofc. L. Carter, Ofc. H. Downer, Ofc. L. Harden, Ofc. J. Rogers, Ofc. S. Graham, and Supervising Ofc. J. Wyche;

3.      The witness included in the South Fulton County Police Report, Ifeanyighichukwu Ugbo, Jr.;

4.      Leaseholder and Evergreen Terrace Resident, Davan Valentine;

5.      Plaintiff's medical providers.

## <u>ATTACHMENT C</u>

Discovery is just beginning, and Defendant reserves the right to supplement this response.

1.      Incident Investigation Report – South Fulton Police Department

2.      Apartment Lease Contract between Davan Valentine and IC

Citymark Evergreen Terrace, LLC

3.      Plaintiff's medical records.

# **ATTACHMENT E**

## **CERTIFIED POLICY**

Attached is a true copy of policy number ___559BW51718___ issued by __The Burlington Insurance Company__ as indicated by its records available as of _____10/09/2019_____..

Note that any issue date(s) reflected on this copy may reflect the dates we printed this certified copy and may not reflect the original issue date(s).

No representation or warranty is made that this copy is identical in all respects to the policy actually issued to the policyholder.

Signature:_____

Title:        VP, Underwriting Manager on behalf of  The Burlington Insurance Company

No insurance is afforded by this copy.

**IFG Companies**

## COMMON POLICY DECLARATIONS

### THE BURLINGTON INSURANCE COMPANY

Home Office, Administrative Office and Claim Office
City Place II, 185 Asylum Street, 7th Floor, Hartford, CT 06103

**Policy Number**
559BW51718

**Renewal of:**
559BW45474

---

**Item 1.** Named Insured and Mailing Address                          Co. Use: KSS

| | |
|---|---|
| DayRise Residential, LLC dba Intercapital Partners, LLC (See IFG-I-0130) | AmWINS Brokerage of Texas, Inc. |
| 1700 West Loop S Ste 350 | 2 Greenway Plaza |
| Houston, TX 77027 | Suite 400 |
| | Houston, TX 77046 |
| | Code:0559 |
| | Surplus Lines Broker License No: 3630 |

---

**Item 2.** Policy Period    Effective Date: 05/15/19    Expiration Date: 05/15/20
at 12:01 A.M., Standard Time at your mailing address shown above.

**Item 3.** In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy. This policy consists of the following coverage parts for which a premium is indicated. Where no premium is shown, there is no coverage.

| Coverage Part(s) | Premium |
|---|---|
| Commercial General Liability | $ |
| Terrorism Risk Insurance Act - See Form IL 09 85 | $ |
| | $ |
| | $ |

| Other Charges (if applicable) | Total Policy Premium or Deposit Premium | $ |
|---|---|---|
| | Total Other Charges | $ |
| | Total Amount Due* | $ |

*Premium is: ___ Flat    _X_ Auditable    Policy Minimum Premium    $

In the event you cancel this policy, we will retain a minimum premium. See IFG-I-0168.

**Item 4.** Forms and Endorsements applicable to this policy: See "Listing of Forms and Endorsements" (IFG-I-0150)

**Item 5.** Form of Business. ___ Individual    ___ Partnership    ___ Joint Venture
_X_ Limited Liability Company    ___ Other Organization, including a Corporation
___ Trust

Business Description: Apartment property owners and managers

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS AND COVERAGE FORM(S) AND ANY ENDORSEMENT(S), COMPLETE THE ABOVE NUMBERED POLICY.

This insurance contract is with an insurer not licensed to transact insurance in this state and is issued and delivered as surplus line coverage under the Texas insurance statutes. The Texas Department of Insurance does not audit the finances or review the solvency of the surplus lines insurer providing this coverage, and the insurer is not a member of the property and casualty insurance guaranty association created under Chapter 462, Insurance Code. Chapter 225, Insurance Code, requires payment of a 4.85 percent tax on gross premium.

Countersigned:
Date: _____    By: _____

Issue Date: 05/28/2019                              Authorized Representative

POLICY NUMBER: 559BW51718

POLICY PERIOD:          05/15/2019                    05/15/2020
                        Effective Date                Expiration Date

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LISTING OF FORMS AND ENDORSEMENTS

This listing forms a part of the following:

**Commercial General Liability Policy**

**NUMBER**                    **TITLE**

**Interline**
IFG-I-0101 03 18 Common Policy Declarations
IFG-I-0908 06 15 Texas Complaint Notice
IFG-I-0978 01 15 Notice - Terrorism Insurance Coverage
IFG-I-0130 11 00 Schedule of Named Insureds
IFG-I-0140 10 02 Schedule of Locations
IFG-I-0152 09 09 Composite Rate Endorsement
IFG-I-0402 11 00 Service of Suit Amendment
IFG-I-0406 04 09 Surplus Line Insurance (TX)
IFG-I-0168 03 17 Minimum Earned Premium
IL 00 17 11 98 Common Policy Conditions
IL 00 21 09 08 Nuclear Energy Liability Exclusion
IL 09 85 01 15 Disclosure on Terrorism
IL P 001 01 04 U.S. Treasury Departments "OFAC" Advisory  Policyholders

**Commercial General Liability**
IFG-G-0002-DL 05 03 General Liability Declarations
CG 00 01 04 13 General Liab. Coverage Form
BG-G-309 03 17 Hired and Non-Owned Auto
CG 21 01 11 85 Exclusion - Athletics
CG 21 35 10 01 Exclusion - Coverage C - Med Pay
CG 21 44 07 98 Designated Premises Or Project
CG 24 04 05 09 Waiver Of Rights Of Recovery
IFG-G-0052 03 17 Deductible Liability Insurance
IFG-G-0064 03 17 Per Location Aggregate
IFG-G-0094 03 17 Amendment - Other Insurance
IFG-G-0163 03 17 Employee Benefits Liab. Coverage
BG-G-004 03 17 Exclusion - Lead Substance

IFG-I-0150 03 03

POLICY NUMBER: 559BW51718

POLICY PERIOD:       05/15/2019                    05/15/2020
                     Effective Date                Expiration Date

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LISTING OF FORMS AND ENDORSEMENTS

This listing forms a part of the following:

### Commercial General Liability Policy

| **NUMBER** | **TITLE** |
|---|---|
| BG-G-007 03 17 | Exclusion - Asbestos, Silica |
| BG-G-119 03 17 | Definition - Employee |
| BG-G-446 03 17 | Amendment - Section 1 |
| CG 21 47 12 07 | Employment Practices Exclusion |
| CG 21 67 12 04 | Fungi or Bacteria Exclusion |
| CG 21 71 01 15 | Exclusion - Terrorism Outside USA |
| CG 22 70 04 13 | Real Estate Property Managed |
| GSG-G-010 03 17 | Automatic AI By Written Contract |
| GSG-G-021 03 17 | Excl - Intellectual Properties |
| IFG-G-0157 03 17 | - Total Poll Excl W/ Bldg & Hostile Fire |
| IFG-G-0194 10 15 | Excl-Confid Info & Comp Syst Liab |
| IFG-G-0196 05 15 | Premium Audit Condition |
| IFG-G-0197 05 15 | Amendment - Employers Liability Exclusion |
| IFG-G-0201 03 17 | Exclusion - Aircraft, Auto Or Watercraft |

**Cover Page**

IFG-I-0002 03 18 Policy Cover Page

# TEXAS COMPLAINT NOTICE

### IMPORTANT NOTICE

To obtain information or make a complaint:

You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at:

**1-800-252-3439**

You may write the Texas Department of Insurance at:
P.O. Box 149104
Austin, TX 78714-9104
Fax: (512) 490-1007
Web: www.tdi.texas.gov
Email: ConsumerProtection@tdi.texas.gov

**PREMIUM OR CLAIM DISPUTES:**
Should you have a dispute concerning your premium or about a claim, you should contact the agent first.  If the dispute is not resolved, you may contact the Texas Department of Insurance.

**ATTACH THIS NOTICE TO YOUR POLICY:**
This notice is for information only and does not become a part or condition of the attached document.

### AVISO IMPORTANTE

Para obtener información o para presentar una queja:

Usted puede comunicarse con el Departamento de Seguros de Texas para obtener información sobre compañias, coberturas, derechos, o quejas al:

**1-800-252-3439**

Usted puede escribir al Departamento de Seguros de Texas a:
P.O. Box 149104
Austin, TX 78714-9104
Fax # (512) 490-1007
Web: www.tdi.texas.gov
Email: ConsumerProtection@tdi.texas.gov

**DISPUTAS POR PRIMAS DE SEGUROS O RECLAMACIONES:**
Si tiene una disputa relacionada con su prima de seguro o con una reclamación, usted debe comunicarse con el agente primero.  Si la disputa no esresuelta, puede comunicarse con el Departamento de Seguros de Texas.

**ADJUNTE ESTE AVISO A SU PÓLIZA:**
Este aviso es solamente para propósitos informativos y no se convierte en parte o en condición del documento adjunto.

**POLICY NO:** 559BW51718

**INSURED:**   DayRise Residential, LLC dba Intercapital Partners, LLC (See IFG-I-0130)

**APPLICABLE COVERAGE PART(S):** This disclosure applies ONLY to the Coverage Part(s) shown as covered for terrorism on IL 09 85 or IL 09 90, whichever is on the policy.

# POLICYHOLDER DISCLOSURE
# NOTICE OF TERRORISM INSURANCE COVERAGE

Coverage for acts of terrorism is included in your policy.  You are hereby notified that under the Terrorism Risk Insurance Act, as amended in 2015, the definition of act of terrorism has changed.  As defined in Section 102(1) of the Act: The term "act of terrorism" means any act or acts that are certified by the Secretary of the Treasury - in consultation with the Secretary of Homeland Security, and the Attorney General of the United States – to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion. Under your coverage, any losses resulting from certified acts of terrorism may be partially reimbursed by the United States Government under a formula established by the Terrorism Risk Insurance Act, as amended. However, your policy may contain other exclusions which might affect your coverage, such as an exclusion for nuclear events.  Under the formula, the United States Government generally reimburses 85% through 2015; 84% beginning on January 1, 2016; 83% beginning on January 1, 2017; 82% beginning on January 1, 2018; 81% beginning on January 1, 2019 and 80% beginning on January 1, 2020, of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage. The Terrorism Risk Insurance Act, as amended, contains a $100 billion cap that limits U.S. Government reimbursement as well as insurers' liability for losses resulting from certified acts of terrorism when the amount of such losses exceeds $100 billion in any one calendar year.  If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.

The portion of your policy premium that is attributable to coverage for acts of terrorism is $ ___20,269___ , and does not include any charges for the portion of losses covered by the United States government under the Act.

**I ACKNOWLEDGE THAT I HAVE BEEN NOTIFIED THAT UNDER THE TERRORISM RISK INSURANCE ACT, AS AMENDED, ANY LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM UNDER MY POLICY COVERAGE MAY BE PARTIALLY REIMBURSED BY THE UNITED STATES GOVERNMENT AND MAY BE SUBJECT TO A $100 BILLION CAP THAT MAY REDUCE MY COVERAGE AND I HAVE BEEN NOTIFIED OF THE PORTION OF MY PREMIUM ATTRIBUTABLE TO SUCH COVERAGE.**

_____
Policyholder/Applicant's Signature

_____
Print Name

_____
Date

**IFG-I-0978 01 15**

POLICY NUMBER:  559BW51718                    EFFECTIVE DATE: 05/15/2019

# SCHEDULE OF NAMED INSUREDS

As per schedule on file with company.

Issue Date:        05/28/2019

IFG-I-0130 11 00                                              Page 1 of 1

POLICY NUMBER: 559BW51718          EFFECTIVE DATE: 05/15/2019

# SUPPLEMENTAL
## SCHEDULE OF LOCATIONS

| Loc. No. | Bldg. No. | Address | County, Borough or Parish | Rating Territory |
|---|---|---|---|---|
| 1 | 1 | As per schedule on file w/co , Various,  TX  77027 | | 004 |

Issue Date: 05/28/2019

IFG-I-0140 1002                                                                          Page  1 of 1

POLICY NUMBER:  559BW51718                          EFFECTIVE DATE: 05/15/2019

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# COMPOSITE RATE ENDORSEMENT

**A. Adjustable premium.**  The premium shown in the Schedule below is advance premium. The exposure shown in the Schedule is an estimate. Upon expiration of the policy, we will compute the earned premium by applying the composite rate shown below to the actual amount of the exposure as developed by final audit, subject to our retaining any applicable minimum earned premium.

The composite rate(s) shown below includes all of your business operations and premises unless they are specifically excluded from this policy or if charged and scheduled separately under the non-adjustable premium.

**B. Non-adjustable Premium.**  If any portion of the Coverage Part Premium is shown as a Flat Premium on the Declarations Page for the applicable Coverage Part that portion of the premium is not subject to composite rate adjustment. However, Flat Premium is part of the Total Coverage Part Premium.

## Schedule

**1. Coverage Part:  Commercial General Liability**

The rate below applies to the following coverage: **Prem-Ops & Prod.Co.Ops**

Description
 Apartments

| Rating Basis: | Your Estimated Exposure of Units is: | 14,727 |
| | Rate (per Each of Units) is: | $24.6588 |
| | Advanced Premium is: | ███████ |

Audit is subject to ISO Com'l Lines Manual Rule 24

**2. Coverage Part:  Commercial General Liability**

The rate below applies to the following coverage: **Prem-Ops & Prod.Co.Ops**

Description
 Swimming pools

| Rating Basis: | Your Estimated Exposure of Units is: | 66 |
| | Rate (per Each of Units) is: | $300.0000 |
| | Advanced Premium is: | ███████ |

Audit is subject to ISO Com'l Lines Manual Rule 24

**3. Coverage Part:  Commercial General Liability**

The rate below applies to the following coverage: **Prem-Ops & Prod.Co.Ops**

Description
 Parks including dog parks, playgrounds, tennis courts and basketball courts

| Rating Basis: | Your Estimated Exposure of Units is: | 60 |
| | Rate (per Each of Units) is: | $195.0000 |
| | Advanced Premium is: | ███████ |

Audit is subject to ISO Com'l Lines Manual Rule 24

POLICY NUMBER: 559BW51718                    EFFECTIVE DATE: 05/15/2019

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COMPOSITE RATE ENDORSEMENT

**A.  Adjustable premium.** The premium shown in the Schedule below is advance premium. The exposure shown in the Schedule is an estimate. Upon expiration of the policy, we will compute the earned premium by applying the composite rate shown below to the actual amount of the exposure as developed by final audit, subject to our retaining any applicable minimum earned premium.

The composite rate(s) shown below includes all

of your business operations and premises unless they are specifically excluded from this policy or if charged and scheduled separately under the non-adjustable premium.

**B.  Non-adjustable Premium.** If any portion of the Coverage Part Premium is shown as a Flat Premium on the Declarations Page for the applicable Coverage Part that portion of the premium is not subject to composite rate adjustment. However, Flat Premium is part of the Total Coverage Part Premium.

## Schedule

| 1. Coverage Part: **Commercial General Liability** |
|---|
| The rate below applies to the following coverage: **Prem-Ops & Prod.Co.Ops** |

Description
  Lakes less than 5 acres

| **Rating Basis:** | Your Estimated Exposure of Units is: | 3 |
| | Rate (per Each of Units) is: | $500.0000 |
| | Advanced Premium is: | ▮▮▮▮ |

Audit is subject to ISO Com'l Lines Manual Rule 24

| 2. Coverage Part: **Commercial General Liability** |
|---|
| The rate below applies to the following coverage: **Prem-Ops, Incl Prod.Co.Ops** |

Description
  Real Estate Property Managed

| **Rating Basis:** | Your Estimated Exposure of Gross Sales is: | $1,631,844 |
| | Rate (per $1,000 of Gross Sales) is: | $5.6610 |
| | Advanced Premium is: | ▮▮▮▮ |

Audit is subject to ISO Com'l Lines Manual Rule 24

| 3. Coverage Part: |
|---|
| The rate below applies to the following coverage: |

Description

| **Rating Basis:** | Your Estimated Exposure of is: |
| | Rate (per of ) is: |
| | Advanced Premium is: |

Audit is subject to ISO Com'l Lines Manual Rule 24

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## SERVICE OF SUIT AMENDMENT

Pursuant to any statute of any state, territory or district of the United States which makes provision therefore, the Company hereby designates the Superintendent, Commissioner or Director of Insurance or other officer specified for that purpose in the Statute, or his successor or successors in office, as their true and lawful attorney upon whom may be served any lawful process in any action, "suit" or proceeding instituted by or on behalf of the insured or any beneficiary hereunder rising out of this contract of insurance, and hereby designate the above named person as the person to whom the said officer is authorized to mail process or a true copy thereof.

It is further agreed that service of process in such "suit" may be made upon the President, or his nominee, of the Company at 238 International Road, Burlington, North Carolina 27215 and that in any "suit" instituted against any of them upon this policy, the Company will abide by the final decision of such Court or of any Appellate Court in the event of an appeal.

It is agreed that in any state requiring a standard form of policy, insurance hereunder on values or properties in such state shall attach and cover in accordance with the terms and conditions of such standard form.

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

# SURPLUS LINE INSURANCE
## (TEXAS)

This insurance contract is with an insurer not licensed to transact insurance in this state and is issued and delivered as surplus line coverage under the Texas Insurance statutes. The Texas Department of Insurance does not audit the finances or review the solvency of the surplus lines insurer providing this coverage, and the insurer is not a member of the property and casualty insurance guaranty association created under Chapter 462, Insurance Code. Chapter 225, Insurance Code, requires payment of a 4.85 percent tax on gross premium.

SURPLUS LINE AGENT:

Producer listed on the Declarations

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# MINIMUM PREMIUM

A minimum premium is the lowest amount to be retained as premium. Minimum premium amounts (Minimum Premium(s)) are itemized by coverage parts (Coverage Part(s)), the total of which is shown as the Policy Minimum Premium. If the policy is auditable, the amount paid as an advance or deposit premium for the applicable Coverage Part(s) equals the Minimum Premium. The policy, whether auditable or non-auditable (flat), is subject to our retaining the Minimum Premium(s) as follows:

## A. AUDITABLE POLICIES

Full Term:  We will retain one hundred percent (100%) of the Minimum Premium(s) for the Coverage Part(s). In addition, the results of an audit will determine if any additional premium over the Minimum Premium(s) for the Coverage Part(s) may be due.

Mid-Term Cancellations:  The results of an audit will determine if any additional premium over the Minimum Premium(s) for the Coverage Part(s) may be due. If no additional premium is due, the Minimum Premium(s) for the Coverage Part(s) will be retained as follows:

1. If the first Named Insured or anyone with his, her, its or their power of attorney, including a premium finance company, cancels this policy or a Coverage Part:

   a. Within ninety (90) days from the effective date: We will retain twenty-five percent (25%) of the Minimum Premium(s) for the Coverage Part(s).

   b. After ninety (90) days from the effective date: The Minimum Premium(s) for the Coverage Part(s) will be calculated based upon the number of days coverage was in effect. Unless prohibited by law, your return premium will be reduced by applying a short rate penalty in the amount of ten percent (10%) to the unearned premium.

2. If we cancel under the terms and conditions of this policy:

   a. Within ninety (90) days from the effective date: We will retain twenty-five percent (25%) of the Minimum Premium(s) for the Coverage Part(s).

   b. After ninety (90) days from the effective date: The Minimum Premium(s) for the Coverage Parts(s) will be calculated based upon the number of days coverage was in effect.  The unearned premium, or your return premium, will be calculated using a pro rata method of cancellation. Unless prohibited by law, cancellation for non-payment of premium shall be deemed cancellation by the first Named Insured and your return premium will be reduced by applying a short rate penalty in the amount of ten percent (10%) to the unearned premium.

## B. NON-AUDITABLE POLICIES (FLAT)

Full Term:  We will retain one hundred percent (100%) of the Minimum Premium(s) for the Coverage Part(s).

Mid-Term Cancellations:  If the policy or a Coverage Part is cancelled mid-term, the Minimum Premium(s) for the Coverage Part(s) will be retained in the same manner as set forth above in Sections 1 and 2 for Mid-Term Cancellations for Auditable Policies.

**All other terms and conditions of this Policy remain unchanged.**

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**1.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property threeat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

© ISO Properties, Inc., 2007

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

(a) Any "nuclear reactor";

(b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

 © ISO Properties, Inc., 2007 □

POLICY NUMBER: 559BW51718

IL 09 85 01 15

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

SCHEDULE

| SCHEDULE - PART I |
|---|
| Terrorism Premium (Certified Acts)  |
| **This premium is the total Certified Acts premium attributable to the following Coverage Part(s), Coverage Form(s) and/or Policy(ies):** |
| Commercial General Liability Coverage Part, Certified Acts Premium is  |
| **Additional information, if any, concerning the terrorism premium:** |
| If $0 premium is shown above, you did not elect to cover terrorism for that Coverage Part.  You have no terrorism coverage for that Coverage Part under this policy.  Terrorism coverage applies only to the Coverage Part for which you paid a premium amount greater than $0 as shown above. |

| SCHEDULE - PART II |
|---|
| **Federal share of terrorism losses**    81%    **Year:**   2019 |
| (Refer to Paragraph **B.** in this endorsement.) |
| **Federal share of terrorism losses**    80%    **Year:**   2020 |
| (Refer to Paragraph **B.** in this endorsement.) |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage (as shown in Part **II** of the Schedule of this endorsement or in the policy Declarations) of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

    © Insurance Services Office, Inc., 2015    **IL 09 85 01 15**

IL P 001 01 04

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site – http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

**Policy Number:** 559BW51718

# COMMERCIAL GENERAL LIABILITY
## DECLARATIONS

**Named Insured:**  DayRise Residential, LLC dba Intercapital
Partners, LLC (See IFG-I-0130)                **Effective Date:**  05/15/2019

| Item 1. | LIMITS OF INSURANCE |
|---|---|

| | |
|---|---|
| $ 2,000,000 | General Aggregate Limit (Other Than Products-Completed Operations) |
| $ Incl. in General Aggregate | Products-Completed Operations Aggregate Limit |
| $ 1,000,000 | Personal and Advertising Injury Limit |
| $ 1,000,000 | Each Occurrence Limit |
| $ 100,000 | Damage To Premises Rented To You Limit (Any One Premises) |
| $ Excluded | Medical Expense Limit (Any One Person) |

Refer to individual policy forms and/or endorsements for various coverage sublimits, if applicable.

| Item 2. | AUDIT PERIOD (If Applicable) |
|---|---|

[X] Annually          [ ] Semi-Annually          [ ] Quarterly          [ ] Monthly

| Item 3. | FORM(S) AND ENDORSEMENT(S) made a part of this policy at time of issue: |
|---|---|

See Listing of Forms and Endorsements (IFG-I-0150)

| Item 4. | COMPOSITE RATE |
|---|---|

[X] If box is checked, see Composite Rate Endorsement (IFG-I-0152) for applicable classification, rates and premiums. If box is not checked, see page 2 of these Declarations for applicable classifications, rates and premiums.

| Item 5. | RETROACTIVE DATE (CG 00 02 only): |
|---|---|

Coverage A of this Insurance does not apply to "bodily injury" or "property damage" which occurs before the Retroactive Date, if any, shown here: None        (Enter Date or "None" if no Retroactive Date applies.)

| Item. 6 | PREMIUMS |
|---|---|

$ ▮▮▮▮        Total Coverage Part Advance Premium
$ ▮▮▮▮        Coverage Part Minimum Premium (if applicable)

These Declarations are part of the Policy Declarations containing the name of the insured and the policy period.

**Policy Number:** 559BW51718

## COMMERCIAL GENERAL LIABILITY
### SCHEDULE OF CLASSIFICATIONS AND RATES

| **Named Insured:** DayRise Residential, LLC dba Intercapital Partners, LLC (See IFG-I-0130) | **Effective Date:** 05/15/2019 |
|---|---|

| Loc. No. | Location Address (Premises you own, rent or occupy): | County, Borough or Parish | Rating Terr. |
|---|---|---|---|
| Bldg. No. | | | |

| Code No. | Classification |
|---|---|
| 44444 | IFG-G-0163 01 13 Employee Benefits Liab. Coverage |

| Premium is: | Premium Base | | All Other | Prod.-C. Ops |
|---|---|---|---|---|
| [X] Adjustable (See Premium Audit Conditions) | | Rate Per: N/A | | |
| [ ] Flat (Not Adjustable) [ ] Fully Earned When Written [X] Minimum Premium | | Advance Premium: | Included | |

| Loc. No. | Location Address (Premises you own, rent or occupy): | County, Borough or Parish | Rating Terr. |
|---|---|---|---|
| Bldg. No. | | | |

| Code No. | Classification |
|---|---|
| 42008 | BG-G-309 03 17 Hired and Non-Owned Auto |

| Premium is: | Premium Base | | All Other | Prod.-C. Ops |
|---|---|---|---|---|
| [X] Adjustable (See Premium Audit Conditions) | | Rate Per: N/A | | |
| [ ] Flat (Not Adjustable) [ ] Fully Earned When Written [X] Minimum Premium | | Advance Premium: | Included | |

| Loc. No. | Location Address (Premises you own, rent or occupy): | County, Borough or Parish | Rating Terr. |
|---|---|---|---|
| Bldg. No. | | | |

| Code No. | Classification |
|---|---|
| 42025 | CG 24 04 05 09 Waiver Of Rights Of Recovery |

| Premium is: | Premium Base | | All Other | Prod.-C. Ops |
|---|---|---|---|---|
| [ ] Adjustable (See Premium Audit Conditions) | | Rate Per: N/A | | |
| [X] Flat (Not Adjustable) [X] Fully Earned When Written [X] Minimum Premium | | Advance Premium: | See Composite Rate | |

**Policy Number:** 559BW51718

## COMMERCIAL GENERAL LIABILITY
### SCHEDULE OF CLASSIFICATIONS AND RATES

| **Named Insured:** DayRise Residential, LLC dba Intercapital Partners, LLC (See IFG-I-0130) | **Effective Date:** 05/15/2019 |
|---|---|

| Loc. No. | Location Address  (Premises you own, rent or occupy): | County, Borough or Parish | Rating Terr. |
|---|---|---|---|
| Bldg. No. | | | |

| Code No. | Classification |
|---|---|
| | IFG-G-0064 03 17 Per Location Aggregate |

| Premium is: | Premium Base | | All Other | Prod.-C. Ops |
|---|---|---|---|---|
| ☐ Adjustable (See Premium Audit Conditions) | | Rate Per: N/A | | |
| ☒ Flat   (Not Adjustable) | | | | |
| ☐ Fully Earned When Written | | Advance Premium: | Included | |
| ☒ Minimum Premium | | | | |

| Loc. No. | Location Address  (Premises you own, rent or occupy): | County, Borough or Parish | Rating Terr. |
|---|---|---|---|
| Bldg. No. | | | |

| Code No. | Classification |
|---|---|
| 42026 | IFG-G-0094 03 17 Amendment - Other Insurance |

| Premium is: | Premium Base | | All Other | Prod.-C. Ops |
|---|---|---|---|---|
| ☐ Adjustable (See Premium Audit Conditions) | | Rate Per: N/A | | |
| ☒ Flat   (Not Adjustable) | | | | |
| ☐ Fully Earned When Written | | Advance Premium: | Included | |
| ☒ Minimum Premium | | | | |

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

## SECTION I – COVERAGES

### COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

  **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

    **(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

    **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

  No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

  **b.** This insurance applies to "bodily injury" and "property damage" only if:

    **(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

    **(2)** The "bodily injury" or "property damage" occurs during the policy period; and

    **(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

  **c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

  **d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

    **(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

    **(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

    **(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

  **e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

 © Insurance Services Office, Inc., 2012

## 2. Exclusions

This insurance does not apply to:

### a. Expected Or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

### b. Contractual Liability

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

### c. Liquor Liability

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

(a) The supervision, hiring, employment, training or monitoring of others by that insured; or

(b) Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph (1), (2) or (3) above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

### d. Workers' Compensation And Similar Laws

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

### e. Employer's Liability

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

 © Insurance Services Office, Inc., 2012

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

  (a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

    (i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

    (ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

    (iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

  (b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

  (c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

    (i) Any insured; or

    (ii) Any person or organization for whom you may be legally responsible; or

  (d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

    (i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

    (ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

    (iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

  (e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

© Insurance Services Office, Inc., 2012

**(2)** Any loss, cost or expense arising out of any:

  **(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

  **(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

  However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

  **(a)** Less than 26 feet long; and

  **(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

  **(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

  **(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

  © Insurance Services Office, Inc., 2012

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1), (3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3), (4), (5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

 © Insurance Services Office, Inc., 2012

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** – Limits Of Insurance.

## COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

© Insurance Services Office, Inc., 2012

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

## COVERAGE C – MEDICAL PAYMENTS

### 1. Insuring Agreement

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

### 2. Exclusions

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A**.

## SUPPLEMENTARY PAYMENTS – COVERAGES A AND B

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

© Insurance Services Office, Inc., 2012     CG 00 01 04 13

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II – WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

© Insurance Services Office, Inc., 2012

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by;

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C**;

**b.** Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage **B**.

   © Insurance Services Office, Inc., 2012   CG 00 01 04 13

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   **a.** Damages under Coverage **A**; and

   **b.** Medical expenses under Coverage **C**

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

**1. Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   **a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

   **(1)** How, when and where the "occurrence" or offense took place;

   **(2)** The names and addresses of any injured persons and witnesses; and

   **(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

   **b.** If a claim is made or "suit" is brought against any insured, you must:

   **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

   **(2)** Notify us as soon as practicable.

   You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   **c.** You and any other involved insured must:

   **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

   **(2)** Authorize us to obtain records and other information;

   **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

   **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

   **d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

   No person or organization has a right under this Coverage Part:

   **a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

   **b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

   A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

© Insurance Services Office, Inc., 2012

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

(1) This insurance is excess over:

(a) Any of the other insurance, whether primary, excess, contingent or on any other basis:

(i) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

(ii) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

(iii) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

(iv) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability.

(b) Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

(2) When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

(3) When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(a) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(b) The total of all deductible and self-insured amounts under all that other insurance.

(4) We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

 © Insurance Services Office, Inc., 2012

9.  "Insured contract" means:

  a.  A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

  b.  A sidetrack agreement;

  c.  Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

  d.  An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

  e.  An elevator maintenance agreement;

  f.  That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

  Paragraph **f.** does not include that part of any contract or agreement:

  (1)  That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

  (2)  That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

    (a)  Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

    (b)  Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

  (3)  Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

  a.  After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

  b.  While it is in or on an aircraft, watercraft or "auto"; or

  c.  While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

  but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

  a.  Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

  b.  Vehicles maintained for use solely on or next to premises you own or rent;

  c.  Vehicles that travel on crawler treads;

  d.  Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

    (1)  Power cranes, shovels, loaders, diggers or drills; or

    (2)  Road construction or resurfacing equipment such as graders, scrapers or rollers;

  e.  Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

    (1)  Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

    (2)  Cherry pickers and similar devices used to raise or lower workers;

  f.  Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

 © Insurance Services Office, Inc., 2012 CG 00 01 04 13

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

   **(a)** Snow removal;

   **(b)** Road maintenance, but not construction or resurfacing; or

   **(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

   **(1)** Products that are still in your physical possession; or

   **(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

      **(a)** When all of the work called for in your contract has been completed.

      **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

      **(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

      Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

   **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

   **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

   **(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

 © Insurance Services Office, Inc., 2012

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

   **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

   **a.** Means:

      **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

         **(a)** You;

         **(b)** Others trading under your name; or

         **(c)** A person or organization whose business or assets you have acquired; and

      **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

   **b.** Includes:

      **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

      **(2)** The providing of or failure to provide warnings or instructions.

   **c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

   **a.** Means:

      **(1)** Work or operations performed by you or on your behalf; and

      **(2)** Materials, parts or equipment furnished in connection with such work or operations.

   **b.** Includes:

      **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

      **(2)** The providing of or failure to provide warnings or instructions.

© Insurance Services Office, Inc., 2012
CG 00 01 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# HIRED AUTO AND NON-OWNED
# AUTO LIABILITY INSURANCE
# (AMENDS LIMITS OF LIABILITY)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Coverage | Premium | |
|----------|---------|---|
| **Hired And Non-Owned Auto Liability Insurance** | $ | ███████ |
| **Non-Owned Auto Liability Insurance** | $ | |

Insurance is provided only with respect to those coverages for which a specific Premium is shown in the Declarations or in the Schedule above.

**A. Hired Auto Liability**

The insurance provided under **Section I – Coverage A - Bodily Injury And Property Damage Liability** applies to "bodily injury" or "property damage" arising out of the maintenance or use of a "hired auto" by you or your "employees" in the course of your business.

**B. Non-Owned Auto Liability**

The insurance provided under **Section I – Coverage A - Bodily Injury And Property Damage Liability** applies to "bodily injury" or "property damage" arising out of the use of a "non-owned auto" in the course of your business by any person other than you.

**C. Changes In Exclusions**

With respect to the insurance provided by this endorsement:

1. The exclusions under **Section I - Coverage A - Bodily Injury And Property Damage Liability**, other than Exclusions **2.a., b., d., f.** and **i.** and the Nuclear Energy Liability Exclusion (Broad Form), do not apply.

2. Exclusion **2.e.** under **Coverage A - Bodily Injury And Property Damage Liability** is deleted and replaced by the following:

   **e. Employer's Liability**

   "Bodily injury" to:

(1) Any "employee", "leased worker", "temporary worker", "volunteer worker", statutory "employee", casual worker, or seasonal worker of any insured,   or a person hired to do work for or on behalf of any insured or tenant of any insured, arising out of and in the course of:

   (a) Employment by any insured; or

   (b) Directly or indirectly performing duties related to the conduct of any insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee", "leased worker", "temporary worker", "volunteer worker", statutory "employee", casual worker, or seasonal worker as a consequence of Paragraph **(1)** above.

This exclusion applies:

(1) Regardless of where the:

   (a) Services are performed; or

   (b) "Bodily Injury" occurs;

(2) Whether any insured may be liable as an employer or in any other capacity; and

(3) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits.

Includes copyrighted material of ISO Properties, Inc., with its permission.

3. The following exclusions are added to **2. Exclusions** under **Section I - Coverage A – Bodily Injury And Property Damage Liability** with respect to "hired autos" and "non-owned" autos.

This insurance does not apply to:

a. **Damage To Property**

"Property damage" to:

(1)    Property owned or being transported by, or rented or loaned to the insured; or

(2) Property in the care, custody or control of the insured.

b. **Racing**

Any "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing or preparing for such contest or activity.

c.    **Uninsured   And   Underinsured Motorists**

Any obligation of the insured under an Uninsured Motorist or Underinsured Motorist law unless such exclusion is prohibited by the controlling statute and then such exclusion will apply to any coverage above the minimum financial responsibility limits as defined in the controlling statute.

D. **Who Is An Insured**

For the purposes of this endorsement, **Section II - Who Is An Insured** is deleted and replaced by the following:

**Section II - Who Is An Insured**

1. Each of the following is an insured under this insurance to the extent set forth below:

a. You.

b.    Any other person using a "hired auto" with your permission.

c. With respect to a "non-owned auto", any partner or "executive officer" of yours, but only while such "non-owned auto" is being used in your business.

d.    Any other person or organization, but only with respect to their liability because of acts or omissions of an insured under Paragraphs **a.**, **b.** or **c.** above.

2. None of the following is an insured:

a. Any person engaged in the business of his or her employer with respect to "bodily injury" to any co-employee of such person injured in the course of employment;

b. Any partner or "executive officer" with respect to any "auto" owned by such partner or officer or a member of his or her household;

c. Any person while employed in or otherwise engaged in performing duties related to the conduct of an "auto business", other than an "auto business" you operate;

d. The owner or lessee (of whom you are a sub-lessee) of a "hired auto" or the owner of a "non-owned auto" or any agent or "employee" of any such owner or lessee;

e. Any person or organization with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

E. **Limits Of Insurance**

For the purposes of this endorsement, **Section III - Limits Of Insurance** is deleted and replaced by the following:

**Section III - Limits Of Insurance**

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a. Insureds;

b. Claims made or "suits" brought;

c. Persons or organizations making claims or bringing "suits";

d. "Hired autos" or "non-owned autos";

e. Premiums paid; or

f.    Vehicles involved in the "occurrence".

2. The most we will pay for all damages resulting from any one "occurrence" is the Each Occurrence Limit of Insurance shown in the Declarations or $1,000,000 Each Occurrence, whichever is the least.

F. **Changes In Conditions**

For the purposes of this endorsement, Paragraph **4. Other Insurance** under **Section IV - Commercial General Liability Conditions** is deleted and replaced by the following:

4. **Other Insurance**

This insurance is excess over any other insurance, whether primary, excess, contingent or on any other basis. In the event there is no other insurance covering a "hired auto" or a "non-owned auto", this insurance shall be primary.

Includes copyrighted material of ISO Properties, Inc., with its permission.

**G. Additional Definitions**

For the purposes of this endorsement, the following definitions are added to the **Definitions** Section:

1. "Auto business" means the business or occupation of selling, repairing, servicing, storing or parking "autos".

2. "Hired auto" means any "auto" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent, or borrow from any of your "employees", your partners or your "executive officers", or members of their households.

3. "Non-owned auto" means any "auto" you do not own, lease, hire, rent, hold for sale or borrow which is used in connection with your business. However, if you are a partnership, a "non-owned auto" does not include any "auto" owned by any partner.

**All other terms and conditions of this Policy remain unchanged.**

Includes copyrighted material of
ISO Properties, Inc., with its permission.

POLICY NUMBER:  559BW51718                    **COMMERCIAL GENERAL LIABILITY**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – ATHLETIC OR SPORTS PARTICIPANTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

### SCHEDULE

**Description of Operations:**

Any and all sports or athletic contests or exhibitions sponsored by the insured.

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

With respect to any operations shown in the Schedule, this insurance does not apply to "bodily injury" to any person while practicing for or participating in any sports or athletic contest or exhibition that you sponsor.

POLICY NUMBER: 559BW51718

**COMMERCIAL GENERAL LIABILITY**
CG 21 35 10 01

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – COVERAGE C – MEDICAL PAYMENTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Description And Location Of Premises Or Classification:**
All premises you own, rent or occupy and all of your operations.

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

With respect to any premises or classification shown in the Schedule:

1. Section **I** – Coverage **C** – Medical Payments does not apply and none of the references to it in the Coverage Part apply; and

2. The following is added to Section **I** – Supplementary Payments:

   h. Expenses incurred by the insured for first aid administered to others at the time of an accident for "bodily injury" to which this insurance applies.

POLICY NUMBER: 559BW51718

**COMMERCIAL GENERAL LIABILITY
CG 21 44 07 98**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LIMITATION OF COVERAGE TO DESIGNATED PREMISES OR PROJECT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Premises:**  Each location covered by this policy and described in the Declarations.

**Project:**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

This insurance applies only to "bodily injury", "property damage", "personal  and advertising injury" and medical expenses arising out of:

1. The ownership, maintenance or use of the premises shown in the Schedule and operations necessary or incidental to those premises; or
2. The project shown in the Schedule.

POLICY NUMBER: 559BW51718

**COMMERCIAL GENERAL LIABILITY**
**CG 24 04 05 09**

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Person Or Organization: |
|---|
| Any person or organization with whom you have agreed, in a written contract to waive the transfer of rights of recovery against others to us, provided such written waiver is fully executed prior to an "occurrence" in which coverage is sought under this policy. |

| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |
|---|

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

CG 24 04 05 09                     © Insurance Services Office, Inc., 2008                     Page 1 of 1     ☐

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DEDUCTIBLE LIABILITY INSURANCE -
# DEDUCTIBLE APPLIES TO DAMAGES, DEFENSE COSTS
# AND SUPPLEMENTARY PAYMENTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Coverage | Amount and Basis of Deductible | |
| --- | --- | --- |
| | PER CLAIM or | PER OCCURRENCE OR OFFENSE |
| Bodily Injury Liability | $ | $ |
| Or | | |
| Property Damage Liability | $ | $ |
| Or | | |
| Personal and Advertising Injury Liability | $ | $ |
| Or | | |
| Bodily Injury Liability and/or Property Damage Liability Combined | $ | $ |
| Or | | |
| Bodily Injury Liability, Property Damage Liability and/or Personal and Advertising Injury Liability Combined | $ | $ ▮▮▮ |
| Aggregate Deductible Amount: | $ | |
| | (No aggregate deductible applies if left blank.) | |

**APPLICATION OF ENDORSEMENT** (Enter below any limitations on the application of this endorsement.  If no limitation is entered, the deductibles apply to damages for all applicable coverages, however caused):

The deductible entered above is amended to $2,000 per occurrence for the following location only - 1650 Barnes Mill Rd, Marietta, GA 30062

**A.** Our obligation under the Bodily Injury Liability, Property Damage Liability and Personal and Advertising Injury Liability Coverages to pay:

**1.** Damages on your behalf;

**2.** Defense Costs; and

**3.** Supplementary Payments

applies only to the amount in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

Our obligation to pay applies only to the difference between the deductible amounts shown above (less any amounts paid for damages, Defense Costs or Supplementary Payments within the deductible amount, if applicable), and the limits of insurance stated in the policy.

Includes copyrighted material of ISO Properties, Inc., with its permission.

**B.** You may select a deductible amount on either a per claim or a per "occurrence" or offense basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above. Subject to paragraph **D.** below, the deductible amount stated in the Schedule above applies as follows:

1. **PER CLAIM BASIS.** If the deductible amount indicated in the Schedule above is on a per claim basis, that deductible applies as follows:

   a. Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury"; and, all Defense Costs or Supplementary Payments incurred by the company as a result of a claim brought by any one person because of "bodily injury".

   b. Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage"; and, all Defense Costs or Supplementary Payments incurred by the company as a result of a claim brought by any one person because of "property damage".

   c. Under Personal and Advertising Injury Liability Coverage, to all damages sustained by any one person or organization because of "personal and advertising injury"; and, all Defense Costs or Supplementary Payments incurred by the company as a result of a claim brought by any one person because of "personal and advertising injury".

   d. Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person, and Defense Costs or Supplementary Payments incurred by the company as a result of a claim brought by any one person because of:

      (1) "Bodily injury";

      (2) "Property damage"; or

      (3) "Bodily injury" and "property damage" combined

   e. Under Bodily Injury Liability, Property Damage Liability and/or Personal and Advertising Injury Liability Coverage Combined, to all damages sustained by any one person, and Defense Costs or Supplementary Payments incurred by the company as a result of a claim brought by any one person because of:

      (1) "Bodily injury";

      (2) "Property damage"; or

      (3) "Personal and Advertising Injury";

   (4) "Bodily injury", "property damage" and "personal and advertising injury" combined

as the result of any one "occurrence".

If damages are claimed for care, loss of services or death resulting at any one time from "bodily injury", a separate deductible amount will be applied to each person making a claim for such damages.

With respect to "property damage" and "personal and advertising injury", person includes an organization.

2. **PER OCCURRENCE BASIS.** If the deductible amount indicated in the schedule above is on a "per occurrence" basis, that deductible amount applies as follows:

   a. Under Bodily Injury Liability Coverage, to all damages because of "bodily injury"; and, all Defense Costs or Supplementary Payments incurred by the company as a result of "bodily injury".

   b. Under Property Damage Liability Coverage, to all damages because of "property damage"; and, all Defense Costs or Supplementary Payments incurred by the company as a result of "property damage".

   c. Under Personal and Advertising Injury Liability Coverage, to all damages because of "personal and advertising injury"; and, all Defense Costs or Supplementary Payments incurred by the company as a result of "personal and advertising injury".

   d. Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages, and Defense Costs or Supplementary Payments incurred by the company because of:

      (1) "Bodily injury";

      (2) "Property damage"; or

      (3) "Bodily injury" and "property damage" combined

   e. Under Bodily Injury Liability, Property Damage Liability and/or Personal and Advertising Injury Liability Coverage Combined, to all damages, and Defense Costs or Supplementary Payments incurred by the company because of:

      (1) "Bodily injury";

      (2) "Property damage"; or

      (3) "Personal and Advertising Injury";

 Includes copyrighted material of ISO Properties, Inc., with its permission. **IFG-G-0052 03 17**

**(4)** "Bodily injury", "property damage" and "personal and advertising injury" combined

as the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence".

**C.** The Deductible amount applies to damages, Defense Costs and Supplementary Payments combined for any one Occurrence, Offense or Claim (whichever applies per paragraph B. above). At our discretion, the Deductible will be applied to damages, Defense Costs or Supplementary Payments on an as incurred basis.

**D.** If an Aggregate Deductible amount is shown in the Schedule above, the total deductible amount you must pay during the policy period shall not exceed the amount of the Aggregate Deductible shown.

**E.** The terms of this insurance, including those with respect to:

**1.** Our right and duty to defend the insured against any "suits" seeking those damages; and

**2.** Your duties in the event of an "occurrence", claim, or "suit" apply irrespective of the application of the deductible amount.

**F. Payment of the deductible:**

**1.** We may bill the deductible on an as incurred basis for any and all damages, Defense Costs or Supplementary Payments incurred are paid by us. We will continue to bill you up to the maximum amount of the deductible as damages, Defense Costs or Supplementary Payments incurred are paid by us. Upon notification, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

**2.** We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

**G. Defense Costs**

For the purposes of this endorsement, Defense Costs includes attorney fees, court costs, interest and all other costs incurred by the company in the handling, investigation, and adjustment of claims or "suits" against the insured, even when no payment is made to the claimant, or when this insurance does not apply.

**All other terms and conditions of this Policy remain unchanged.**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DESIGNATED LOCATION(S) GENERAL AGGREGATE LIMIT AND GENERAL AGGREGATE FOR ALL LOCATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE | |
|---|---|
| **Designated Location(s):** | |
| Each "location" covered by this policy and described in the General Liability Declarations. | |
| **Limits:** | |
| **Designated Location General Aggregate Limit** | **General Aggregate Limit as shown in the Commercial General Liability Declarations, IFG-G-0002-DL** |
| **General Aggregate For All Locations Combined** | $ 5,000,000 |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**A.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under **Section I - Coverage A** , and for all medical expenses caused by accidents under **Section I - Coverage C**, which can be attributed only to operations at a single designated "location" shown in the Schedule above:

  **1.** A separate Designated Location General Aggregate Limit applies to each designated "location", and that limit is equal to the amount of the General Aggregate Limit shown in the Declarations.

  **2.** The Designated Location General Aggregate Limit is the most we will pay for the sum of all damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard", and for medical expenses under Coverage **C** regardless of the number of:

  **a.** Insureds;

  **b.** Claims made or "suits" brought; or

  **c.** Persons or organizations making claims or bringing "suits".

**IFG-G-0064 03 17**                 Includes copyrighted material of                 **Page 1 of 2**
ISO Properties, Inc., with its permission.

3. Any payments made under Coverage **A** for damages or under Coverage **C** for medical expenses shall reduce the Designated Location General Aggregate Limit for that designated "location". Such payments shall not reduce the General Aggregate Limit shown in the Declarations nor shall they reduce any other Designated Location General Aggregate Limit for any other designated "location" shown in the Schedule above.

4. The limits shown in the Declarations for Each Occurrence, Damage To Premises Rented To You and Medical Expense continue to apply. However, instead of being subject to the General Aggregate Limit shown in the Declarations, such limits will be subject to the applicable Designated Location General Aggregate Limit.

**B.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under **Section I - Coverage A** , and for all medical expenses caused by accidents under **Section I - Coverage C**, which cannot be attributed only to operations at a single designated "location" shown in the Schedule above:

1. Any payments made under Coverage **A** for damages or under Coverage **C** for medical expenses shall reduce the amount available under the General Aggregate Limit or the Products-Completed Operations Aggregate Limit, whichever is applicable; and

2. Such payments shall not reduce any Designated Location General Aggregate Limit.

**C.** The most we will pay as damages caused by "occurrences" at Designated Locations (per Paragraph **A** above) or at other locations (per Paragraph **B** above) is the General Aggregate For All Locations Combined Limit shown in the Schedule above.

**D.** When coverage for liability arising out of the "products-completed operations hazard" is provided, any payments for damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard" will reduce the Products-Completed Operations Aggregate Limit, and not reduce the General Aggregate Limit, the Designated Location General Aggregate Limit or the General Aggregate For All Locations Combined Limit.

**E.** For the purposes of this endorsement, the **Definitions** Section is amended by the addition of the following definition:

"Location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

**F.** The provisions of **Section III - Limits Of Insurance** not otherwise modified by this endorsement shall continue to apply as stipulated.

**All other terms and conditions of this Policy remain unchanged.**

Includes copyrighted material of ISO Properties, Inc., with its permission.

IFG-G-0064 03 17

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT – OTHER INSURANCE
# (PRIMARY AND NON-CONTRIBUTORY COVERAGE)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**Schedule of Additional Insured(s):**

Any person or organization named in an Additional Insured endorsement attached to this policy with whom you have agreed, in a written contract, that such person or organization should be provided primary and non-contributory coverage, but only when such written contract is fully executed prior to an "occurrence" in which coverage is sought under this policy.

**A.** Paragraph **C.** of this endorsement replaces paragraph **4. Other Insurance** of **Section IV-Commercial General Liability Conditions**, but only with respect to the insurance afforded to the additional insured(s) scheduled above.

**B.** Paragraph **C.** of this endorsement replaces paragraph **4. Other Insurance** of **Section IV-Products-Completed Operations Liability Conditions**, but only with respect to the insurance afforded to the additional insured(s) scheduled above.

**C. Other Insurance**

Notwithstanding other valid and collectible insurance available to the insured for a loss we cover under the applicable Coverage Part to which this endorsement is modifying, this insurance is primary and non-contributory.

However, this endorsement:

**1.** Applies only when you are required by contract, agreement or permit to provide primary and non-contributory coverage for the additional insured, provided such written contract, agreement or permit is fully executed prior to an "occurrence" in which coverage is sought under this policy, and

**2.** Does not apply to any claim, loss or liability due to the sole negligence of the additional insured.

**All other terms and conditions of this Policy remain unchanged.**

Includes copyrighted material of
ISO Properties, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EMPLOYEE BENEFITS LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

| Coverage | Limit Of Insurance | | Each Employee Deductible | Premium |
|---|---|---|---|---|
| Employee       Benefits Programs | $ 1,000,000 | each employee | $ ■ | $ ■ |
| | $ 1,000,000 | aggregate | | |
| **Retroactive Date:** | 05/29/2015 | | | |
| **Information required to complete this Schedule, if not shown above, will be shown in the Declarations.** | | | | |

**A.** The following is added to Section I – Coverages:

**COVERAGE – EMPLOYEE BENEFITS LIABILITY**

**1. Insuring Agreement**

   **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of any act, error or omission, of the insured, or of any other person for whose acts the insured is legally liable, to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages to which this insurance does not apply. We may, at our discretion, investigate any report of an act, error or omission and settle any "claim" or "suit" that may result. But:

   **(1)** The amount we will pay for damages is limited as described in Paragraph **D. (Section III – Limits Of Insurance)**; and

   **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

   **b.** This insurance applies to damages only if:

   **(1)** The act, error or omission, is negligently committed in the "administration" of your "employee benefit program";

   **(2)** The act, error or omission, did not take place before the Retroactive Date, if any, shown in the Schedule nor after the end of the policy period; and

   **(3)** A "claim" for damages, because of an act, error or omission, is first made against any insured, in accordance with Paragraph **c.** below, during the policy period or an Extended Reporting Period we provide under Paragraph **F.** of this endorsement.

   **c.** A "claim" seeking damages will be deemed to have been made at the earlier of the following times:

   **(1)** When notice of such "claim" is received and recorded by any insured or by us, whichever comes first; or

   **(2)** When we make settlement in accordance with Paragraph **a.** above.

   A "claim" received and recorded by the insured within 60 days after the end of the policy period will be considered to have been received within the policy period, if no subsequent policy is available to cover the claim.

Includes copyrighted material of
ISO Properties, Inc., with its permission.

**d.** All "claims" for damages made by an "employee" because of any act, error or omission, or a series of related acts, errors or omissions, including damages claimed by such "employee's" dependents and beneficiaries, will be deemed to have been made at the time the first of those "claims" is made against any insured.

## 2. Exclusions

This insurance does not apply to:

**a. Dishonest, Fraudulent, Criminal Or Malicious Act**

Damages arising out of any intentional, dishonest, fraudulent, criminal or malicious act, error or omission, committed by any insured, including the willful or reckless violation of any statute.

**b. Bodily Injury, Property Damage, Or Personal And Advertising Injury**

"Bodily injury", "property damage" or "personal and advertising injury".

**c. Failure To Perform A Contract**

Damages arising out of failure of performance of contract by any insurer.

**d. Insufficiency Of Funds**

Damages arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program".

**e. Inadequacy Of Performance Of Investment/Advice Given With Respect To Participation**

Any "claim" based upon:

**(1)** Failure of any investment to perform;

**(2)** Errors in providing information on past performance of investment vehicles; or

**(3)** Advice given to any person with respect to that person's decision to participate or not to participate in any plan included in the "employee benefit program".

**f. Workers' Compensation And Similar Laws**

Any "claim" arising out of your failure to comply with the mandatory provisions of any workers' compensation, unemployment compensation insurance, social security or disability benefits law or any similar law.

**g. ERISA**

Damages for which any insured is liable because of liability imposed on a fiduciary by the Employee Retirement Income Security Act of 1974, as now or hereafter amended, or by any similar federal, state or local laws.

**h. Available Benefits**

Any "claim" for benefits to the extent that such benefits are available, with reasonable effort and cooperation of the insured, from the applicable funds accrued or other collectible insurance.

**i. Taxes, Fines Or Penalties**

Taxes, fines or penalties, including those imposed under the Internal Revenue Code, Patient Protection and Affordable Care Act, or the Healthcare and Education Affordability Reconciliation Act, or any similar federal, state or local laws.

**j. Employment-Related Practices**

Damages arising out of wrongful termination of employment, discrimination, or other employment-related practices.

**k. Patient Protection And Affordable Care Act Or Healthcare and Education Affordability Reconciliation Act**

Any "claim" arising out of your failure to comply with the mandatory provisions of the Patient Protection and Affordable Care Act or the Healthcare and Education Affordability Reconciliation Act, as now or hereafter amended, or by any similar federal, state or local laws.

**B.** For the purposes of the coverage provided by this endorsement:

**1.** All references to Supplementary Payments – Coverages **A** and **B** are replaced by Supplementary Payments – Coverages **A**, **B** and **Employee Benefits Liability**.

**2.** Paragraphs **1.b**. and **2**. of the Supplementary Payments provision do not apply.

**C.** For the purposes of the coverage provided by this endorsement, Paragraphs **2.** and **3.** of **Section II – Who Is An Insured** are replaced by the following:

**2.** Each of the following is also an insured:

**a.** Each of your "employees" who is or was authorized to administer your "employee benefit program".

**b.** Any persons, organizations or "employees" having proper temporary authorization to administer your "employee benefit program" if you die, but only until your legal representative is appointed.

Includes copyrighted material of ISO Properties, Inc., with its permission.
IFG-G-0163 03 17

**c.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Endorsement.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if no other similar insurance applies to that organization. However:

  **a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier.

  **b.** Coverage under this provision does not apply to any act, error or omission that was committed before you acquired or formed the organization.

**D.** For the purposes of the coverage provided by this endorsement, **Section III – Limits Of Insurance** is replaced by the following:

**1. Limits Of Insurance**

  **a.** The Limits of Insurance shown in the Schedule and the rules below fix the most we will pay regardless of the number of:

    **(1)** Insureds;

    **(2)** "Claims" made or "suits" brought;

    **(3)** Persons or organizations making "claims" or bringing "suits";

    **(4)** Acts, errors or omissions; or

    **(5)** Benefits included in your "employee benefit program".

  **b.** The Aggregate Limit is the most we will pay for all damages because of acts, errors or omissions negligently committed in the "administration" of your "employee benefit program".

  **c.** Subject to the Aggregate Limit, the Each Employee Limit is the most we will pay for all damages sustained by any one "employee", including damages sustained by such "employee's" dependents and beneficiaries, as a result of:

    **(1)** An act, error or omission; or

    **(2)** A series of related acts, errors or omissions

    negligently committed in the "administration" of your "employee benefit program".

    However, the amount paid under this endorsement shall not exceed, and will be subject to, the limits and restrictions that apply to the payment of benefits in any plan included in the "employee benefit program".

The Limits of Insurance of this endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations of the policy to which this endorsement is attached, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits Of Insurance.

**2. Deductible**

  **a.** Our obligation to pay damages on behalf of the insured applies only to the amount of damages in excess of the deductible amount stated in the Schedule as applicable to Each Employee. The limits of insurance shall not be reduced by the amount of this deductible.

  **b.** The deductible amount stated in the Schedule applies to all damages sustained by any one "employee", including such "employee's" dependents and beneficiaries, because of all acts, errors or omissions to which this insurance applies.

  **c.** The terms of this insurance, including those with respect to:

    **(1)** Our right and duty to defend any "suits" seeking those damages; and

    **(2)** Your duties, and the duties of any other involved insured, in the event of an act, error or omission, or "claim"

    apply irrespective of the application of the deductible amount.

  **d.** We may pay any part or all of the deductible amount to effect settlement of any "claim" or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as we have paid.

**E.** For the purposes of the coverage provided by this endorsement, Conditions **2.** and **4.** of **Section IV – Commercial General Liability Conditions** are replaced by the following:

**2. Duties In The Event Of An Act, Error Or Omission, Or "Claim" Or "Suit"**

  **a.** You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a "claim". To the extent possible, notice should include:

    **(1)** What the act, error or omission was and when it occurred; and

    **(2)** The names and addresses of anyone who may suffer damages as a result of the act, error or omission.

 Includes copyrighted material of ISO Properties, Inc., with its permission.

**b.** If a "claim" is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the "claim" or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the "claim" or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the "claim" or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of an act, error or omission to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation or incur any expense without our consent.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under this endorsement, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis that is effective prior to the beginning of the policy period shown in the Schedule of this insurance and that applies to an act, error or omission on other than a claims-made basis, if:

**(a)** No Retroactive Date is shown in the Schedule of this insurance; or

**(b)** The other insurance has a policy period which continues after the Retroactive Date shown in the Schedule of this insurance.

**(2)** When this insurance is excess, we will have no duty to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of the total amount that all such other insurance would pay for the loss in absence of this insurance; and the total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Schedule of this endorsement.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limits of insurance to the total applicable limits of insurance of all insurers.

**F.** For the purposes of the coverage provided by this endorsement, the following Extended Reporting Period provisions are added, or, if this endorsement is attached to a claims-made Coverage Part, replaces any similar Section in that Coverage Part:

**EXTENDED REPORTING PERIOD**

**1.** You will have the right to purchase an Extended Reporting Period, as described below, if:

**a.** This endorsement is canceled or not renewed; or

**b.** We renew or replace this endorsement with insurance that:

Includes copyrighted material of
ISO Properties, Inc., with its permission.

IFG-G-0163 03 17

**(1)** Has a Retroactive Date later than the date shown in the Schedule of this endorsement; or

**(2)** Does not apply to an act, error or omission on a claims-made basis.

**2.** The Extended Reporting Period does not extend the policy period or change the scope of coverage provided. It applies only to "claims" for acts, errors or omissions that were first committed before the end of the policy period but not before the Retroactive Date, if any, shown in the Schedule. Once in effect, the Extended Reporting Period may not be canceled.

**3.** An Extended Reporting Period of five years is available, but only by an endorsement and for an extra charge.

You must give us a written request for the endorsement within 60 days after the end of the policy period. The Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

**a.** The "employee benefit programs" insured;

**b.** Previous types and amounts of insurance;

**c.** Limits of insurance available under this endorsement for future payment of damages; and

**d.** Other related factors.

The additional premium will not exceed 100% of the annual premium for this endorsement.

The Extended Reporting Period endorsement applicable to this coverage shall set forth the terms, not inconsistent with this Section, applicable to the Extended Reporting Period, including a provision to the effect that the insurance afforded for "claims" first received during such period is excess over any other valid and collectible insurance available under policies in force after the Extended Reporting Period starts.

**4.** If the Extended Reporting Period is in effect, we will provide an extended reporting period aggregate limit of insurance described below, but only for claims first received and recorded during the Extended Reporting Period.

The extended reporting period aggregate limit of insurance will be equal to the dollar amount shown in the Schedule of this endorsement under Limits of Insurance.

Paragraph **D.1.b.** of this endorsement will be amended accordingly. The Each Employee Limit shown in the Schedule will then continue to apply as set forth in Paragraph **D.1.c.**

**G.** For the purposes of the coverage provided by this endorsement, the following definitions are added to the **Definitions** Section:

**1.** "Administration" means:

**a.** Providing information to "employees", including their dependents and beneficiaries, with respect to eligibility for or scope of "employee benefit programs";

**b.** Handling records in connection with the "employee benefit program"; or

**c.** Effecting, continuing or terminating any "employee's" participation in any benefit included in the "employee benefit program".

However, "administration" does not include handling payroll deductions.

**2.** "Cafeteria plans" means plans authorized by applicable law to allow employees to elect to pay for certain benefits with pre-tax dollars.

**3.** "Claim" means any demand, or "suit", made by an "employee" or an "employee's" dependents and beneficiaries, for damages as the result of an act, error or omission.

**4.** "Employee benefit program" means a program providing some or all of the following benefits to "employees", whether provided through a "cafeteria plan" or otherwise:

**a.** Group life insurance, group accident or health insurance, dental, vision and hearing plans, and flexible spending accounts, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to those "employees" who satisfy the plan's eligibility requirements;

**b.** Profit sharing plans, employee savings plans, employee stock ownership plans, pension plans and stock subscription plans, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to all "employees" who are eligible under the plan for such benefits;

**c.** Unemployment insurance, social security benefits, workers' compensation and disability benefits;

**d.** Vacation plans, including buy and sell programs; leave of absence programs, including military, maternity, family, and civil leave; tuition assistance plans; transportation and health club subsidies; and

   e. Any other similar benefits designated in the Schedule or added thereto by endorsement.

**H.** For the purposes of the coverage provided by this endorsement, Definitions **5.** and **18.** in the Definitions Section are replaced by the following:

   **5.** "Employee" means a person actively employed, formerly employed, on leave of absence or disabled, or retired. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

   **18.** "Suit" means a civil proceeding in which damages because of an act, error or omission to which this insurance applies are alleged. "Suit" includes:

   **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**All other terms and conditions of this Policy remain unchanged.**

Includes copyrighted material of ISO Properties, Inc., with its permission.
IFG-G-0163 03 17

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - LEAD BEARING SUBSTANCE

This endorsement modifies insurance under the following:

AUTO DEALERS COVERAGE FORM
COMMERCIAL GENERAL LIABILITY COVERAGE PART
GARAGE COVERAGE FORM
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **B.** of this endorsement is added to the **Exclusions** under all Coverage Forms and endorsements that form a part of this policy.

**B.** This insurance does not apply to:

**Lead Bearing Substance**

"Any injury or damage" caused by plumbism (lead poisoning) or any disease or ailment caused by, or aggravated by exposure, consumption or absorption of lead, or due to or arising out of the actual or alleged presence of lead in any form, including the costs of remedial investigations or feasibility studies, or to the costs of testing, monitoring, cleaning or removal of any lead-bearing substance.

**C.** For the purposes of this endorsement, any injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes "act, error or omission", "bodily injury", "covered pollution cost or expense", "loss", "property damage", "personal and advertising injury", or "personal injury"  as defined in the applicable Coverage Part.

**All other terms and conditions of this Policy remain unchanged.**

Includes copyrighted material of
ISO Properties, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION –
# ASBESTOS, SILICA OR OTHER TOXIC SUBSTANCES

This endorsement modifies insurance under the following:

AUTO DEALERS COVERAGE FORM
COMMERCIAL GENERAL LIABILITY COVERAGE PART
GARAGE COVERAGE FORM
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **B.** of this endorsement is added to the **Exclusions** under all Coverage Forms and endorsements that form a part of this policy.

**B.** This insurance does not apply to:

**Asbestos, Silica Or Other Toxic Substances**

"Any injury or damage" caused by, arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, contact with, exposure to, existence of, or presence of, asbestos, asbestos dust, or "silica" or "silica-related dust" or any other similar fibrous or mineral substance in any form, whether or not it is incorporated into "your product or your work".

This insurance does not apply to any loss, cost or expense arising out of any request, demand, order or statutory or regulatory requirement that any insured or others abate, test for, monitor, clean up, remove, remediate, contain, treat, detoxify, neutralize, dispose or in any way respond to, or assess the existence or effects of any such substance by any insured or by any other person or entity.

**C.** The following definitions are added to the **Definitions** section:

**1.** For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes "act, error or omission", "bodily injury", "covered pollution cost or expense", "loss", "property damage", "personal and advertising injury", or "personal injury" as defined in the applicable Coverage Part.

**2.** For the purposes of this endorsement, "your product or your work" means your product or work covered under any Coverage Part to which this endorsement is applicable, and includes "products", "work you performed", "your product", or "your work" as defined in the applicable Coverage Part.

**3.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds. However, silica does not include a finished product or component.

**4.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

**All other terms and conditions of this Policy remain unchanged.**

 Includes copyrighted material of
ISO Properties, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DEFINITION - EMPLOYEE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
COMMERCIAL GENERAL LIABILITY COVERAGE PART
GARAGE COVERAGE FORM

**A.** Paragraph **D.** of this endorsement replaces Definition **J.** of **Section V – Definitions** under the Auto Dealers Coverage Form.

**B.** Paragraph **D.** of this endorsement replaces Definition **5.** of **Section V – Definitions** under the Commercial General Liability Coverage Form.

**C.** Paragraph **D.** of this endorsement replaces Definition **G.** of **Section V – Definitions** under the Garage Coverage Form.

**D.** "Employee" means a person working for salary or wages, or any substitute for salary or wages, as compensation in any manner by any insured, under any contract of hire, express or implied, oral or written, where the insured, as employer, has the power or right to control and direct the employee. "Employee" includes a person hired by the hour, day or any other irregular or intermittent period. "Employee" includes a "leased worker" or "temporary worker".

**All other terms and conditions of this Policy remain unchanged.**

Includes copyrighted material of
ISO Properties, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT – SECTION I INSURING AGREEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Paragraph **1. Insuring Agreement** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced in its entirety with the following:

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in **Section III – Limits Of Insurance**; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under **Supplementary Payments – Coverages A and B.**

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

**(2)** The "bodily injury" or "property damage" occurs during the policy period.

**(3)** The "bodily injury" and "property damage, whether known or unknown to any person:

**(a)** Did not first occur prior to the inception date of the policy;

**(b)** Was not in the process of occurring and is not alleged to have been in the process of occurring, as of the inception date of the policy; and

**(c)** Was not in the process of settlement, adjustment, "suit" or other proceeding of any kind (including, but not limited to, any repair attempts or any statutorily mandated loss resolution or pre-suit process) as of the inception date of the policy.

**c.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**All other terms and conditions of this Policy remain unchanged.**

Includes copyrighted material of ISO Properties, Inc., with its permission.

COMMERCIAL GENERAL LIABILITY
CG 21 47 12 07

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

   **(a)** Refusal to employ that person;

   **(b)** Termination of that person's employment; or

   **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

   **(a)** Refusal to employ that person;

   **(b)** Termination of that person's employment; or

   **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

COMMERCIAL GENERAL LIABILITY
CG 21 67 12 04

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

© ISO Properties, Inc., 2003

COMMERCIAL GENERAL LIABILITY
CG 21 71 01 15

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION OF OTHER ACTS OF TERRORISM COMMITTED OUTSIDE THE UNITED STATES; CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising, directly or indirectly, out of an "other act of terrorism" that is committed outside of the United States (including its territories and possessions and Puerto Rico), but within the "coverage territory". However, this exclusion applies only when one or more of the following are attributed to such act:

**1.** The total of insured damage to all types of property exceeds $25,000,000 (valued in U.S. dollars). In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the terrorism and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

**2.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

**a.** Physical injury that involves a substantial risk of death; or

**b.** Protracted and obvious physical disfigurement; or

**c.** Protracted loss of or impairment of the function of a bodily member or organ; or

**3.** The terrorism involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

**4.** The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**5.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials.

With respect to this exclusion, Paragraphs **1.** and **2.** describe the thresholds used to measure the magnitude of an incident of an "other act of terrorism" and the circumstances in which the threshold will apply for the purpose of determining whether this exclusion will apply to that incident.

**B.** The following definitions are added:

**1.** For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part.

© Insurance Services Office, Inc., 2015

**2.** "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act;

**b.** The act resulted in damage:

**(1)** Within the United States (including its territories and possessions and Puerto Rico); or

**(2)** Outside of the United States in the case of:

**(a)** An air carrier (as defined in Section 40102 of title 49, United States Code) or United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), regardless of where the loss occurs; or

**(b)** The premises of any United States mission; and

**c.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**3.** "Other act of terrorism" means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce a civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not a "certified act of terrorism".

Multiple incidents of an "other act of terrorism" which occur within a seventy-two hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered to be one incident.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

**D.** If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

© Insurance Services Office, Inc., 2015

COMMERCIAL GENERAL LIABILITY
CG 22 70 04 13

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# REAL ESTATE PROPERTY MANAGED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following is added to Exclusion **j. Damage To Property** of Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**j. Damage To Property**

"Property damage" to:

Property you operate or manage or as to which you act as agent for the collection of rents or in any other supervisory capacity.

**B.** The following is added to Paragraph **4.b.(1)** of **Other Insurance** of **Section IV – Commercial General Liability Conditions:**

**4. Other Insurance**

**b. Excess Insurance**

With respect to your liability arising out of your management of property for which you are acting as real estate manager, this insurance is excess over any other valid and collectible insurance available to you, whether such insurance is primary or excess.

 © Insurance Services Office, Inc., 2012

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AUTOMATIC ADDITIONAL INSUREDS BY WRITTEN CONTRACT, WRITTEN AGREEMENT OR WRITTEN PERMIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** **Section II - Who Is An Insured** is amended to include as an additional insured any person(s) or organization(s) with whom you have agreed, in a written contract, written agreement or written permit, that such person(s) or organization(s) be added as an additional insured on your policy. Such person(s) or organization(s) is an additional insured, but only:

**1.** With respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused by or arising out of:

**(a)** Your acts or omissions; or

**(b)** The acts or omissions of those acting on your behalf;

in the performance of "your work" or work you performed for that additional insured, or maintenance, operation or use of facilities owned or used by you.

However, the insurance afforded to such additional insured(s):

**(1)** Only applies to the extent permitted by law;

**(2)** Will not be broader than that which you are required by the written contract, written agreement or written permit to provide for such additional insured(s); and

**(3)** Such written contract, written agreement or written permit is fully executed prior to an "occurrence" in which coverage is sought under this policy.

**B.** With respect to the insurance afforded these additional insured(s), the following additional exclusions apply:

This insurance does not apply:

**1.** To any person or organization included as an insured by an endorsement issued by us and made part of this Coverage Part.

**2.** To any lessor of equipment if:

**a.** The "occurrence" takes place after the equipment lease expires; or

**b.** The "bodily injury", "property damage" or "personal and advertising injury" arises out of the sole negligence of the lessor.

**3.** To any engineer, architect or surveyor if the "bodily injury", "property damage" or "personal and advertising injury" arises out of the rendering of or the failure to render any professional services by or for you, including:

**a.** The preparing, approving, or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

**b.** Supervisory, inspection or engineering services.

**4.** To any:

**a.** Owners or other interests from whom land has been leased; or

**b.** Managers or lessors of premises if:

**(1)** The "occurrence" takes place after you cease to be a tenant in that premises; or

**(2)** The "bodily injury", "property damage" or "personal and advertising injury" arises out of structural alterations, new construction or demolition operations performed by or on behalf of the manager or lessor.

**5.** To any person or organization included as an insured under Paragraph **3.** of **Section II - Who Is An Insured**.

**All other terms and conditions of this Policy remain unchanged.**

Includes copyrighted material of ISO Properties, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - INTELLECTUAL PROPERTY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **D.** of this endorsement is added to **2. Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability** under the Commercial General Liability Coverage Form.

**B.** Paragraph **D.** of this endorsement is added to **2. Exclusions** of **Section I - Coverage B - Personal and Advertising Injury Liability** under the Commercial General Liability Coverage Form.

**C.** Paragraph **D.** of this endorsement is added to **2. Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability** under the Products/Completed Operations Liability Coverage Form.

**D.** This insurance does not apply to claims for "any injury or damage" caused by or arising out of the actual or alleged infringement or violation of any intellectual property rights or laws, including but not limited to:

   **1.** Copyright;

   **2.** Patent;

   **3.** Trade dress;

   **4.** Trade name;

   **5.** Trade secret; or

   **6.** Trademark.

**E.** For the purposes of this endorsement the following definition is added to the **Definitions** section:

"Any injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes "bodily injury", "property damage" or "personal and advertising injury" as defined in the applicable Coverage Part.

**All other terms and conditions of this Policy remain unchanged.**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TOTAL POLLUTION EXCLUSION WITH A BUILDING HEATING, COOLING AND DEHUMIDIFYING EQUIPMENT EXCEPTION AND A HOSTILE FIRE EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **f.** under Paragraph **2. Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability Coverage** is replaced by the following:

This insurance does not apply to:

**f. Pollution**

(1) "Bodily injury" or "property damage" caused by or arising directly or indirectly, in whole or in part out of the actual, alleged or threatened discharge, dispersal, disposal, seepage, migration, release or escape of "pollutants" at any time.

This exclusion does not apply to:

(a) "Bodily injury" if sustained within a building which is or was, directly or indirectly, owned or occupied by, or rented or loaned to, any insured and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests; or

(b) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire" unless that "hostile fire" occurred or originated:

(i) At any premises, site or location which is or was directly or indirectly used at any time by or for any insured or others for the handling, storage, disposal, processing or treatment of waste; or

(ii) At any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations to test for, monitor, clean up, remove, contain, treat, detoxify, neutralize or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense caused by or arising directly or indirectly, in whole or in part out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

This exclusion applies whether or not such "pollutants" have any function in your business, operations, premises, site or location or constitutes "your product" or is a component of "your product" or products you use.

**B.** Exclusions **m**. and **n.** under Paragraph **2. Exclusions** of **Section I - Coverage B – Personal and Advertising Injury Liability Coverage** are replaced by the following:

This insurance does not apply to:

**m. Pollution**

"Personal and advertising injury" caused by or arising directly or indirectly, in whole or in part out of the actual, alleged or threatened discharge, dispersal, disposal, seepage, migration, release or escape of "pollutants" at any time.

This exclusion does not apply to:

(1) "Personal and advertising injury" if sustained within a building which is or was, directly or indirectly, at any time owned or occupied by, or rented or loaned to, any insured and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests; or

(2) "Personal and advertising injury" arising out of heat, smoke or fumes from a "hostile fire" unless that "hostile fire" occurred or originated:

(a) At any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste; or

(b) At any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations to test for, monitor, clean up, remove, contain, treat, detoxify, neutralize or in any way respond to, or assess the effects of, "pollutants".

**n. Pollution-Related**

Any loss, cost or expense arising out of any:

(1) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

These exclusions apply whether or not such "pollutants" have any function in your business, operations, premises, site or location or constitutes "your product" or is a component of "your product" or products you use.

**C.** Definition **15.** under **Section V – Definitions** is replaced by the following:

"Pollutants" mean any solid, liquid, gaseous, bacterial, fungal, or thermal substance or material, that is harmful, toxic or hazardous to persons, plants, animals, wildlife or other living organisms or can cause contamination to property, air, land or water, which includes but is not limited to smoke, vapor, soot, fumes, acids, alkalis, chemicals, mineral spirits, solvents, insecticides, pesticides, fungicides, motor fuels, gasoline, diesel fuel, motor oil or any other petroleum based product, brake fluid, transmission fluid, antifreeze, lead paint, or other lead containing substances, carbon monoxide fumes or other exhaust gases, welding fumes, paint fumes, adhesive or glue fumes, asbestos, silica, human or animal sewage and waste. Waste includes but is not limited to materials to be recycled, reconditioned or reclaimed. A "pollutant" also includes any substance or material listed, identified or described in any municipal, state or federal environmental statute or regulation that applies to the production, shipping, handling, storage, use, processing, recycling or disposal of such substance or material.

**All other terms and conditions of this Policy remain unchanged.**

Includes copyrighted material of ISO Properties, Inc., with its permission.

IFG-G-0157 03 17

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – CONFIDENTIAL, PERSONAL OR ANY OTHER INFORMATION OR DATA AND COMPUTER SYSTEM OR NETWORK LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.p.** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Confidential, Personal Or Any Other Information Or Data And Computer System Or Network Liability**

(1) "Any injury or damage" arising, directly or indirectly, out of:

(a) Any access to, alteration, acquisition, theft, collection, storage, use, misuse, misappropriation, copying, loss, loss of use, dissemination, publication, disclosure, diversion, corruption or impairment of, damage to, inability to access, failure to destroy or secure (including, but not limited to, failure to encrypt) or inability to manipulate any person's or organization's confidential information, personal information or personal data,  including, but not limited to, patents, trade secrets, processing methods, customer or customer related information (including, but not limited to, customer lists), business plans or records, financial information, personally identifiable information, payment card information (including, but not limited to, credit, debit or stored value cards), medical or health information or any other type or combination of types of nonpublic information, whether such data or information is "electronic data" or in any other form or media; or

(b) Any access to, alteration, acquisition, theft, collection, storage, use, misuse, misappropriation, copying, loss, loss of use, dissemination, publication, disclosure, diversion, corruption or impairment of, damage to, inability to access, failure to destroy or secure (including, but not limited to, failure to encrypt) or inability to manipulate any other "electronic data" or any other data or information in any other form or media.

(2) "Any injury or damage" arising, directly or indirectly, out of:

(a) Any denial of access to, denial or interruption of service, degradation, loss, loss of use, misappropriation, transmission, unauthorized use or access, misuse, delay, alteration, diversion, failure, destruction, corruption or impairment of, damage to, or inability to access, operate, host, use, manage, control or interface with:

(i) Any computer system, including, but not limited to, computers, computer hardware, software, operating systems, servers, media libraries, input and output devices, mobile devices, networking equipment, websites or domains, storage facilities, electronic back-up equipment, any other computer system peripheral or component, computer processing or "electronic data"; or

Includes copyrighted material of ISO Properties, Inc., with its permission.

**(ii)** Any computer network, network interface or network of devices or hardware, including, but not limited to, telecommunication networks or devices, operating systems, software, websites or domains, intranets, extranets, the internet or any other internal or external networks (including, but not limited to, cloud computing);

that is owned, operated, hosted, maintained, stored, handled, leased, rented, borrowed, controlled or managed by any insured or by any other person or organization acting for or on behalf of any insured; or

**(b)** Any denial of access to, denial or interruption of service, degradation, loss, loss of use, misappropriation, transmission, unauthorized use or access, misuse, delay, alteration, diversion, failure, destruction, corruption or impairment of, damage to, or inability to access, operate, host, use, manage, control or interface with any other person's or organization's:

**(i)** Computer system, including, but not limited to, computers, computer hardware, software, operating systems, servers, media libraries, input and output devices, mobile devices, networking equipment, websites or domains, storage facilities, electronic back-up equipment, any other computer system peripheral or component, computer processing or "electronic data"; or

**(ii)** Computer network, network interface or network of devices or hardware, including, but not limited to, telecommunication networks or devices, operating systems, software, websites or domains, intranets, extranets, the internet or any other internal or external networks (including, but not limited to, cloud computing).

**(3)** "Any injury or damage" arising, directly or indirectly, out of any failure (including, but not limited to, failure to timely or properly act) to notify of, disclose, prepare for, respond to, protect against, remediate, mitigate, or comply with any statutory, regulatory, contractual, common law or other legal obligation relating to that which is described in Paragraphs **A.2.p.(1)** and **A.2.p.(2)** above.

This exclusion applies even if damages are claimed for notification costs, credit monitoring or any other remediation, business interruption, investigation, mitigation or restoration expenses, fines or penalties, public relations expenses or any other damage, injury, cost or expense arising, directly or indirectly, out of that which is described in Paragraphs **A.2.p.(1)**, **A.2.p.(2)** or **A.2.p.(3)** above.

This exclusion applies regardless of the cause or source of "any injury or damage", or the legal theory asserted, including, but not limited to, occurrences or offenses reported, claims made or "suit" brought against any insured alleging breach of contract, misrepresentation, unfair or deceptive trade practices, defamation, violation of a right to privacy, violation of an intellectual property right (including, but not limited to, copyright, trademark or patent infringement), negligence, failure to comply with a legal obligation or any other wrongdoing in the investigation, supervision, hiring, employment, training or monitoring of others by any insured or by any other person or organization acting for or on behalf of any insured, or in the investigation, supervision, monitoring, protection or intervention with respect to computers, computer systems, networks, network interfaces or data security by any insured or by any other person or organization acting for or on behalf of any insured.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability**:

**2. Exclusions**

This insurance does not apply to:

**Confidential, Personal Or Any Other Information Or Data And Computer System or Network Liability**

**a.** "Any injury or damage" arising, directly or indirectly, out of:

Includes copyrighted material of
ISO Properties, Inc., with its permission.

**(1)** Any access to, alteration, acquisition, theft, collection, storage, use, misuse, misappropriation, copying, loss, loss of use, dissemination, publication, disclosure, diversion, corruption or impairment of, damage to, inability to access, failure to destroy or secure (including, but not limited to, failure to encrypt) or inability to manipulate any person's or organization's confidential information, personal information or personal data, including, but not limited to, patents, trade secrets, processing methods, customer or customer related information (including, but not limited to, customer lists), business plans or records, financial information, personally identifiable information, payment card information (including, but not limited to, credit, debit or stored value cards), medical or health information or any other type or combination of types of nonpublic information, whether such data or information is "electronic data" or in any other form or media; or

**(2)** Any access to, alteration, acquisition, theft, collection, storage, use, misuse, misappropriation, copying, loss, loss of use, dissemination, publication, disclosure, diversion, corruption or impairment of, damage to, inability to access, failure to destroy or secure (including, but not limited to, failure to encrypt) or inability to manipulate any other "electronic data" or any other data or information in any other form or media.

**b.** "Any injury or damage" arising, directly or indirectly, out of:

**(1)** Any denial of access to, denial or interruption of service, degradation, loss, loss of use, misappropriation, transmission, unauthorized use or access, misuse, delay, alteration, diversion, failure, destruction, corruption or impairment of, damage to, or inability to access, operate, host, use, manage, control or interface with:

**(a)** Any computer system, including, but not limited to, computers, computer hardware, software, operating systems, servers, media libraries, input and output devices, mobile devices, networking equipment, websites or domains, storage facilities, electronic back-up equipment, any other computer system peripheral or component, computer processing or "electronic data"; or

**(b)** Any computer network, network interface or network of devices or hardware, including, but not limited to, telecommunication networks or devices, operating systems, software, websites or domains, intranets, extranets, the internet or any other internal or external networks (including, but not limited to, cloud computing);

that is owned, operated, hosted, maintained, stored, handled, leased, rented, borrowed, controlled or managed by any insured or by any other person or organization acting for or on behalf of any insured; or

**(2)** Any denial of access to, denial or interruption of service, degradation, loss, loss of use, misappropriation, transmission, unauthorized use or access, misuse, delay, alteration, diversion, failure, destruction, corruption or impairment of, damage to, or inability to access, operate, host, use, manage, control or interface with any other person's or organization's:

**(a)** Computer system, including, but not limited to, computers, computer hardware, software, operating systems, servers, media libraries, input and output devices, mobile devices, networking equipment, websites or domains, storage facilities, electronic back-up equipment, any other computer system peripheral or component, computer processing or "electronic data"; or

Includes copyrighted material of
ISO Properties, Inc., with its permission.

**(b)** Computer network, network interface or network of devices or hardware, including, but not limited to, telecommunication networks or devices, operating systems, software, websites or domains, intranets, extranets, the internet or any other internal or external networks (including, but not limited to, cloud computing).

**c.** "Any injury or damage" arising, directly or indirectly, out of any failure (including, but not limited to, failure to timely or properly act) to notify of, disclose, prepare for, respond to, protect against, remediate, mitigate, or comply with any statutory, regulatory, contractual, common law or other legal obligation relating to that which is described in Paragraphs **B.2.a**. and **B.2.b**. above.

This exclusion applies even if damages are claimed for notification costs, credit monitoring or any other remediation, business interruption, investigation, mitigation or restoration expenses, fines or penalties, public relations expenses or any other damage, injury, cost or expense arising, directly or indirectly, out of that which is described in Paragraphs **B.2.a.**, **B.2.b.** or **B.2.c**. above.

This exclusion applies regardless of the cause or source of "any injury or damage", or the legal theory asserted, including, but not limited to, occurrences or offenses reported, claims made or "suit" brought against any insured alleging breach of contract, misrepresentation, unfair or deceptive trade practices, defamation, violation of a right to privacy, violation of an intellectual property right (including, but not limited to, copyright, trademark or patent infringement), negligence, failure to comply with a legal obligation or any other wrongdoing in the investigation, supervision, hiring, employment, training or monitoring of others by any insured or by any other person or organization acting for or on behalf of any insured, or in the investigation, supervision, monitoring, protection or intervention with respect to computers, computer systems, networks, network interfaces or data security by any insured or by any other person or organization acting for or on behalf of any insured.

**C.** For the purposes of this endorsement only, Exclusion **2.b.** of **Section I - Coverage A – Bodily Injury And Property Damage Liability** and Exclusion **2.e.** of **Section I - Coverage B – Personal And Advertising Injury Liability** are deleted and replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**Contractual Liability**

"Any injury or damage" for which the insured has assumed liability in a contract or agreement.

**D.** For the purposes of this endorsement only, the following are added to **Section V - Definitions:**

"Any injury or damage" means any injury, damage, cost or expense under any Coverage Part to which this endorsement is applicable, and includes "act, error or omission", "bodily injury", "covered pollution cost or expense", "damages", "loss", "property damage", "personal and advertising injury", or "personal injury" as defined by the applicable Coverage Part.

"Electronic data" means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**All other terms and conditions of this Policy remain unchanged.**

Includes copyrighted material of ISO Properties, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PREMIUM AUDIT CONDITION – CONSTRUCTION AND SERVICE TRADES - AUDIT AND DEPOSIT PREMIUM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following condition is added to **Section IV – Commercial General Liability Conditions:**

You must obtain and maintain valid Certificates of Insurance certifying "adequately insured" in-force Commercial General Liability Coverage including but not limited to "products-completed operations hazard" from all contractors and subcontractors not deemed "employees" prior to commencement of any work performed by them for you or on behalf of any insured, including operations performed for them by others. Failure to comply with conditions for valid Certificates of Insurance does not alter the terms and conditions of this policy except as stated in **B.5.b. Premium Audit** of **Section IV – Commercial General Liability Conditions** below.

Valid Certificates of Insurance shall include evidence of:

**1.** Limits of liability equal to or greater than the limits provided by this policy; and

**2.** Commercial General Liability Insurance including but not limited to "products-completed operations hazard" coverage.

**B.** Paragraph **5.** Under **Section IV – Commercial General Liability Conditions** is replaced by the following:

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Failure to comply with conditions for valid Certificates of Insurance does not alter the terms and conditions of this policy. However, if we verify operations were not "adequately insured" whether by audit of your books and records or otherwise, these contractors and subcontractors will be considered your "employees" and a premium charge will be made accordingly based on payroll. If the labor cost of any contractor or subcontractor is not available at audit time, it will be determined based on the "total cost" of all work let or sublet as the exposure base for the work performed as if it were payroll. The exposure will be applied to our rates and rules in effect as of the inception date of the policy for the given classification.

**c.** Premium shown in this Coverage Part Declarations as advance premium is a minimum and deposit premium. It shall be determined based upon an estimate of exposures for the current policy period. 100% (one hundred percent) of this advance premium shall be payable at policy inception.

**d.** This policy is issued subject to an audit as stated in the Coverage Part Declarations. At the close of each audit period we will compute the earned premium for that period. Audit premiums are made due and payable on notice to the first Named Insured.

**(1)** We may either ask to audit your records at the location of your premises, or those of your accountant, or ask you to send us copies of your records. We will compute the actual earned premium based upon this audit. We shall apply the premium paid at policy inception to the final audit premium. We will send you a notice of premium due and payable for any premium due in excess of the premium paid at inception.

Includes copyrighted material of ISO Properties, Inc., with its permission.

**(2)** However, if the total earned premium for the policy period is less than the Total Advance Premium as shown in the applicable declarations page(s) including any subsequent amendment thereto, there will be no return premium.

**e.** The first Named Insured must keep records of the information we need for premium computation and permit us to audit these records or, at our option, send us copies at such times as we may request.

**f.** Should you not cooperate with the terms of this condition, including failure to return any questionnaires or self-audit worksheets applying to this or a prior policy term, we may, at our discretion, nonrenew the policy due to our inability to establish a proper premium.

We reserve the right to accept coverage based upon the policy advance, or minimum and deposit premium, and we are not obligated to perform an audit.

**C.** For the purposes of this endorsement only, with respect to Paragraph **B.5.d.** of this endorsement, Paragraph **7.** Under **Section IV – Commercial General Liability Conditions** is replaced by the following:

**7. Separation Of Insureds**

Should the first Named Insured be unable or unwilling to pay any outstanding obligations under this policy, the remaining Named Insureds will be held jointly and severally liable for payment.

**D.** For the purposes of this endorsement, the following definitions are added to **Section V – Definitions.**

"Adequately insured" means a person or entity insured by Commercial General Liability Insurance for legal liability arising out of his, her, its or their premises, operations and "products-completed operations hazard". Said valid Commercial General Liability Insurance shall include:

**1.** Limits of liability equal to or greater than the limits provided by this policy; and

**2.** Commercial General Liability Insurance including but not limited to "products-completed operations hazard" coverage.

"Employee" means a person working for salary or wages, or any substitute for salary or wages, as compensation in any manner by any insured, under any contract of hire, express or implied, oral or written, where the insured, as employer, has the power or right to control and direct the employee. "Employee" includes a person hired by the hour, day or any other irregular or intermittent period. "Employee" includes a "leased worker" or "temporary worker".

"Total cost" means the total cost of all work let or sublet in connection with each specific project including:

**1.** The cost of all labor, materials and equipment furnished, used or delivered for use in the execution of the work, however, does not include the cost of finished equipment installed but not furnished by the contractor or subcontractor if the subcontractor does no other work on or in connection with such equipment; and

**2.** All fees, bonuses or commissions made, paid or due.

**All other terms and conditions of this Policy remain unchanged.**

 Includes copyrighted material of ISO Properties, Inc., with its permission. IFG-G-0196 05 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AMENDMENT – EMPLOYER'S LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **e. Employer's Liability** of **2. Exclusions** of Section I – Coverage A - Bodily Injury And Property Damage Liability is replaced by the following:

This insurance does not apply to:

**e. Employer's Liability**

"Bodily injury" to:

**(1)** Any "employee", "leased worker", "temporary worker", "volunteer worker", statutory "employee", casual worker, or seasonal worker of any insured, or a person hired to do work for or on behalf of any insured or tenant of any insured, arising out of and in the course of:

    **(a)** Employment by any insured; or

    **(b)** Directly or indirectly performing duties related to the conduct of any insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee", "leased worker", "temporary worker", "volunteer worker", statutory "employee", casual worker, or seasonal worker as a consequence of Paragraph **(1)** above.

This exclusion applies:

**1.** Regardless of where the:

    **a.** Services are performed; or

    **b.** "Bodily injury" occurs;

**2.** Whether any insured may be liable as an employer or in any other capacity; and

**3.** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** Exclusion **a. Any Insured** of **2. Exclusions** of **Section I - Coverage C - Medical Payments** is replaced by the following:

We will not pay expenses for "bodily injury":

**a. Any Insured**

    To any insured.

**All other terms and conditions of this Policy remain unchanged.**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – AIRCRAFT, AUTO OR WATERCRAFT, INCLUDING UNMANNED AIRCRAFT OR UNMANNED AERIAL VEHICLE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Paragraph **C.** of this endorsement replaces Exclusion **g. Aircraft, Auto or Watercraft** of **2. Exclusions** of **Section I – Coverage A – Bodily Injury and Property Damage Liability** under the Commercial General Liability Coverage Form.

**B.** When the Miscellaneous Professional Liability Coverage endorsement is attached, Paragraph **C.** of this endorsement is added to Paragraph **2. Exclusions** under the Miscellaneous Professional Liability Coverage endorsement.

**C.** This insurance does not apply to:

   **g. Aircraft, Auto Or Watercraft, Including Unmanned Aircraft Or Unmanned Aerial Vehicle**

     **(1) Unmanned Aircraft Or Unmanned Aerial Vehicle**

      "Bodily injury", "property damage" or "damages" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft or unmanned aerial vehicle". Use includes operation and "loading or unloading".

      This Paragraph **g.(1)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury", "property damage" or "damages" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft or unmanned aerial vehicle".

     **(2) Manned Aircraft Or Manned Aerial Vehicle, Auto Or Watercraft**

      "Bodily injury", "property damage" or "damages" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is a "manned aircraft or manned aerial vehicle", "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

      This Paragraph **g.(2)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury", "property damage" or "damages" involved the ownership, maintenance, use or entrustment to others of any aircraft that is a "manned aircraft or manned aerial vehicle", "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

      This Paragraph **g.(2)** does not apply to:

      **(a)** A watercraft while ashore on premises you own or rent;

      **(b)** A watercraft you do not own that is:

        **(i)** Less than 26 feet long; and

        **(ii)** Not being used to carry persons or property for a charge;

      **(c)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

      **(d)** Liability assumed under any "insured contract" for the ownership, maintenance or use of "manned aircraft or manned aerial vehicle" or watercraft; or

Includes copyrighted material of ISO Properties, Inc., with its permission.

(e) "Bodily injury" or "property damage" arising out of:

(i) The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

(ii) The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

D. If **Coverage B – Personal And Advertising Injury Liability** is provided under the Policy, the following exclusion is added to Paragraph **2. Exclusions** of **Coverage B – Personal And Advertising Injury Liability:**

2. Exclusions

This insurance does not apply to:

**Unmanned Aircraft Or Unmanned Aerial Vehicle**

"Personal and advertising injury" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft or unmanned aerial vehicle". Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the offense which caused the "personal and advertising injury" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft or unmanned aerial vehicle".

This exclusion does not apply to:

a. The use of another's advertising idea in your "advertisement"; or

b. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

E. The following definitions are added to the **Definitions** section:

"Manned aircraft or manned aerial vehicle" is an aircraft, including any missile or spacecraft whose flight is or can be controlled directly with a human operator on board the aircraft.

"Unmanned aircraft or unmanned aerial vehicle" is an aircraft, including any missile or spacecraft without a human operator on board, whose flight can be controlled remotely or autonomously.

**All other terms and conditions of this Policy remain unchanged.**

Includes copyrighted material of ISO Properties, Inc., with its permission.
IFG-G-0201 03 17

# INSURANCE POLICY
of
# The Burlington Insurance Company

A Stock Company

Home Office, Administrative Office and Claim Office
City Place II, 185 Asylum Street, 7th Floor, Hartford, CT 06103
Tel 860-723-4150 or
Toll Free 1-800-328-8719



In Witness Whereof, we have caused this policy to be executed and attested, and, if required by state law, this policy shall not be valid unless countersigned by our authorized representatives.

_____
Secretary

_____
President

IFG-1-0002 03 18

POLICY NUMBER: 559BW51718

ENDORSEMENT # : 1

NAMED INSURED: DayRise Residential, LLC dba
Intercapital Partners, LLC (See
IFG-I-0130)

EFFECTIVE DATE:   05/17/2019

INSURANCE COMPANY: The Burlington Insurance Company

PRODUCER: AmWINS Brokerage of Texas, Inc. - 0559
2 Greenway Plaza
Suite 400
Houston, TX 77046

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

### GENERAL CHANGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

Commercial General Liability Policy

IFG-I-0130 11 00, Schedule of Named Insureds, is amended as per revised schedule on file with company to delete IC Citymark West Town LLC.

The Exposure Units for Apartments, on IFG-I-0152 06 05, Composite Rate Endorsement, is amended to delete 274 units.

The Exposure Units for Swimming Pools, on IFG-I-0152 06 05, Composite Rate Endorsement, is amended to delete 1 unit.

Locations are as per schedule on file with company to delete West Town Court, 8400 W Virginia Ave, Phoenix, AZ 85037.

Premium for this Change Endorsement:

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

IFG-I-0151 01 05                    Company               Issue Date:  07/01/2019 KSS

POLICY NUMBER: 559BW51718

ENDORSEMENT # : 2

NAMED INSURED: DayRise Residential, LLC dba
Intercapital Partners, LLC (See
IFG-I-0130)

EFFECTIVE DATE:   05/30/2019

INSURANCE COMPANY: The Burlington Insurance Company

PRODUCER: AmWINS Brokerage of Texas, Inc. - 0559
2 Greenway Plaza
Suite 400
Houston, TX 77046

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## GENERAL CHANGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

Commercial General Liability Policy

IFG-I-0130 11 00, Schedule of Named Insureds, is amended as per revised schedule on file with company to delete Cypress Club Apartments LLC.

The Exposure Units for Apartments, on IFG-I-0152 06 05, Composite Rate Endorsement, is amended to delete 272 units.

The Exposure Units for Swimming Pools, on IFG-I-0152 06 05, Composite Rate Endorsement, is amended to delete 1 unit.

Locations are as per schedule on file with company to delete Cypress Club, 2004 Sherry St, Arlington, TX 76010.

**Premium for this Change Endorsement:**

$ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

## ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

IFG-I-0151 01 05                    Company              Issue Date:  07/02/2019 KSS

POLICY NUMBER: 559BW51718

ENDORSEMENT # : 3

NAMED INSURED: DayRise Residential, LLC dba
Intercapital Partners, LLC (See
IFG-I-0130)

EFFECTIVE DATE:   05/31/2019

INSURANCE COMPANY: The Burlington Insurance Company

PRODUCER:  AmWINS Brokerage of Texas, Inc. - 0559
2 Greenway Plaza
Suite 400
Houston, TX 77046

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## GENERAL CHANGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

Commercial General Liability Policy

IFG-I-0130 11 00, Schedule of Named Insureds, is amended as per revised schedule on file with company to add Villas by the Lake Multifamily Limited Partnership.

The Exposure Units for Apartments, on IFG- I-0152 06 05, Composite Rate Endorsement, is amended to add 256 units.

The Exposure Units for Swimming Pools, on IFG- I-0152 06 05, Composite Rate Endorsement, is amended to add 1 unit.

The Exposure Units for Parks including dog parks, playgrounds, tennis courts and basketball courts, on IFG- I-0152 06 05, Composite Rate Endorsement, is amended to add 2 units.

Locations are as per schedule on file with company to add Villas by the Lake at 1 Lakeview Way, Jonesboro, GA 30238.

Form IL 09 85 01 15, Disclosure Pursuant to Terrorism Risk Insurance Act is amended as follows:

Schedule - Part I

Terrorism Premium (Certified Acts) ███████

This premium is the total Certified Acts premium attributable to the following Coverage Part(s), Coverage Form(s) and/or Policy(ies):

Commercial General Liability Coverage Part, Ceritifed Acts Premium is ███████

Premium for this Change Endorsement:

$ ███████

## ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

POLICY NUMBER: 559BW51718

ENDORSEMENT # : 4

NAMED INSURED: DayRise Residential, LLC dba
Intercapital Partners, LLC (See
IFG-I-0130)

EFFECTIVE DATE:   06/26/2019

INSURANCE COMPANY: The Burlington Insurance Company

PRODUCER: AmWINS Brokerage of Texas, Inc. - 0559
2 Greenway Plaza
Suite 400
Houston, TX 77046

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## GENERAL CHANGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

Commercial General Liability Policy

IFG-I-0130 11 00, Schedule of Named Insureds, is amended as per revised schedule on file with
company to add InterCapital AC Solano Ridge I, LLC and
InterCapital AC Solano Ridge II, LLC.

The Exposure Units for Apartments, on IFG- I-0152 06 05, Composite Rate Endorsement, is amended to
add 561 units.

Locations are as per schedule on file with company to add Solano Ridge I at 8135 N 35th Ave, Phoenix,
AZ 85051 and Solano Ridge II at 3221 W El Camino Dr, Phoenix, AZ 85051.

**The following form is added for Fannie Mae, ISAOA, ATIMA; c/o Greystone Servicing Company LLC:**

IFG-I-0155 11 00, Amendment - Cancellation Notice

Form IL 09 85 01 15, Disclosure Pursuant to Terrorism Risk Insurance Act is amended as follows:

Schedule - Part I

Terrorism Premium (Certified Acts) ████████

This premium is the total Certified Acts premium attributable to the following Coverage Part(s),
Coverage Form(s) and/or Policy(ies):

Commercial General Liability Coverage Part, Ceritifed Acts Premium is ██████

Premium for this Change Endorsement:

$ ██████████████

## ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

IFG-I-0151 01 05                          Company                     Issue Date:  07/08/2019 KSS

POLICY NUMBER: 559BW51718

NAMED INSURED: DayRise Residential, LLC dba Intercapital Partners, LLC (See IFG-I-0130)

INSURANCE COMPANY: The Burlington Insurance Company

PRODUCER: AmWINS Brokerage of Texas, Inc.
         0559

# AMENDMENT - CANCELLATION NOTICE

## Schedule

| Type of Policy: | Commercial General Liability | |
|---|---|---|
| Policy Term: | Effective Date<br>05/15/2019 | Expiration Date<br>05/15/2020 |
| **Mail Cancellation Notice to:** | Fannie Mae, ISAOA, ATIMA, c/o Greystone Servicing Company LLC<br>419 Belle Air Ln<br>Warrenton, VA 20186 | |
| **Number of Days notice:** | 30   days, except 10 days for Non-Payment of premium. | |

We shall endeavor to mail written notice of cancellation to the entity(ies) listed in the schedule above giving the number of days shown above in advance of the date of cancellation, but failure to do so shall impose no obligation or liability of any kind upon us, our agents, or our representatives.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

IFG-I-0155 1100

Issue Date: 07/08/2019

POLICY NUMBER: 559BW51718

ENDORSEMENT # : 5

NAMED INSURED: DayRise Residential, LLC dba
Intercapital Partners, LLC (See
IFG-I-0130)

EFFECTIVE DATE:   07/31/2019

INSURANCE COMPANY: The Burlington Insurance Company

PRODUCER: AmWINS Brokerage of Texas, Inc. - 0559
2 Greenway Plaza
Suite 400
Houston, TX 77046

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### GENERAL CHANGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

Commercial General Liability Policy

IFG-I-0130 11 00, Schedule of Named Insureds, is amended as per revised schedule on file with company to add BCORE MF San Valiente LLC.

The Exposure Units for Apartments, on IFG- I-0152 06 05, Composite Rate Endorsement, is amended to add 604 units.

The Exposure Units for Swimming Pools, on IFG- I-0152 06 05, Composite Rate Endorsement, is amended to add 1 unit.

The Exposure Units for Parks including dog parks, playgrounds, tennis courts and basketball courts, on IFG- I-0152 06 05, Composite Rate Endorsement, is amended to add 2 units.

Locations are as per schedule on file with company to add San Valiente at 2220 West Mission Ln, Phoenix, AZ 85021.

Form IL 09 85 01 15, Disclosure Pursuant to Terrorism Risk Insurance Act is amended as follows:

Schedule - Part 1

Terrorism Premium (Certified Acts) 

This premium is the total Certified Acts premium attributable to the following Coverage Part(s), Coverage Form(s) and/or Policy(ies):

Commercial General Liability Coverage Part, Certified Acts Premium is 

Premium for this Change Endorsement:

$

## ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

IFG-I-0151 01 05                    Company              Issue Date:  08/08/2019 KSS

POLICY NUMBER: 559BW51718                    ENDORSEMENT # : 6

NAMED INSURED: DayRise Residential, LLC dba        EFFECTIVE DATE:   07/29/2019
                        Intercapital Partners, LLC (See
                        IFG-I-0130)
INSURANCE COMPANY: The Burlington Insurance Company

PRODUCER: AmWINS Brokerage of Texas, Inc. - 0559
                    2 Greenway Plaza
                    Suite 400
                    Houston, TX 77046

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**GENERAL CHANGE ENDORSEMENT**

This endorsement modifies insurance provided under the following:

Commercial General Liability Policy

IFG-I-0130 11 00, Schedule of Named Insureds, is amended as per revised schedule on file with company to delete Fossil Hills Apartments Limited Partnership.

The Exposure Units for Apartments, on IFG- I-0152 06 05, Composite Rate Endorsement, is amended to delete 216 units.

The Exposure Units for Pools, on IFG- I-0152 06 05, Composite Rate Endorsement, is amended to delete 1 unit.

Locations are as per schedule on file with company to delete Fossil Hills at 5700 N Beach St, Haltom City, TX 76137.

**Premium for this Change Endorsement:**

$ ▮▮▮▮▮▮▮▮▮

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

IFG-I-0151 01 05                              Company                    Issue Date:  08/16/2019 KSS

POLICY NUMBER: 559BW51718

NAMED INSURED: DayRise Residential, LLC dba
Intercapital Partners, LLC (See
IFG-I-0130)

INSURANCE COMPANY: The Burlington Insurance Company

PRODUCER: AmWINS Brokerage of Texas, Inc. - 0559
2 Greenway Plaza
Suite 400
Houston, TX 77046

ENDORSEMENT # : 7

EFFECTIVE DATE:   09/27/2019

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## GENERAL CHANGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

Commercial General Liability Policy

The Exposure Units for Apartments, on IFG- I-0152 06 05, Composite Rate Endorsement, is amended to add 220 units.

The Exposure Units for Pools, on IFG- I-0152 06 05, Composite Rate Endorsement, is amended to add 1 unit.

The Exposure Units for Parks including dog parks, playgrounds, tennis courts and basketball courts, on IFG- I-0152 06 05, Composite Rate Endorsement, is amended to add 4 units.

Locations are as per schedule on file with company to add Hickory Falls at 801 NE Hickory Level Rd, Villa Rica, GA 30180.

IFG-I-0130 11 00, Schedule of Named Insureds, is amended as per revised schedule on file with company to add InterCapital Villa Rica Associates, LP.

The following form is added:
CG 20 18 04 13, Additional Insured - Mortgagee, Assignee or Receiver

Form IL 09 85 01 15, Disclosure Pursuant to Terrorism Risk Insurance Act is amended as follows:
Schedule - Part 1

Terrorism Premium (Certified Acts) 

This premium is the total Certified Acts premium attributable to the following Coverage Part(s), Coverage Form(s) and/or Policy(ies):
Commercial General Liability Coverage Part, Certified Acts Premium is

| | Premium for this Change Endorsement: |
|---|---|
| $ | Additional Premium |

## ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

IFG-I-0151 01 05                    Company              Issue Date:  10/01/2019 KSS

POLICY NUMBER: 559BW51718

**COMMERCIAL GENERAL LIABILITY**
CG 20 18 04 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – MORTGAGEE, ASSIGNEE OR RECEIVER

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Person(s) Or Organization(s) | Designation Of Premises |
|---|---|
| Greystone Servicing Company LLC; Its successors &/or assigns ATIMA<br><br>419 Belle Air Ln<br>Warrenton, VA 20186 | 801 NE Hickory Level Rd, Villa Rica, GA 30180 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Section II – Who Is An Insured is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to their liability as mortgagee, assignee, or receiver and arising out of the ownership, maintenance, or use of the premises by you and shown in the Schedule.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** This insurance does not apply to structural alterations, new construction and demolition operations performed by or for that person or organization.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Section III – Limits Of Insurance:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.